# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (For more detailed instructions, see separate instruction sheet.)

**PLAINTIFFS**

Michael Kamburowski &

Gina Kamburowski

**DEFENDANTS**

Michael Kidd, et al.

05 0953

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y.
FEB 18 2005
BROOKLYN OFFICE

AMON, J.

**COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** New York
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Queens
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Michael P. DiRaimondo
DiRaimondo & Masi, LLP
401 Broadhollow Rd., Suite 302
Melville, New York   11747
(631) 777-5557

**ATTORNEYS (IF KNOWN)**

US Attorneys Office, EDNY
One Pierrepont Plaza, 14th Floor
Brooklyn, New York  11201
(718) 254-7100

**(PLACE AN ☒ IN ONE BOX ONLY)  BASIS OF JURISDICTION**

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

**IF DIVERSITY, INDICATE CITIZENSHIP ON REVERSE.** (28 USC 1332, 1441)

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

Bivens v. Six Unknown Agents of FBI, 403 US 388 (1971)

## NATURE OF SUIT
(PLACE AN ☒ IN ONE BOX ONLY)

### ACTIONS UNDER STATUES

| CONTRACT | TORTS | CIVIL RIGHTS | FORFEITURE PENALTY | BANKRUPTCY | OTHER STATUTES Con't |
|---|---|---|---|---|---|
| ☐ 110 INSURANCE | PERSONAL INJURY | ☐ 441 VOTING | ☐ 610 AGRICULTURE | ☐ 420 TRUSTEE | ☐ 450 COMMERCE ICC RATES, ETC. |
| ☐ 120 MARINE | ☐ 310 AIRPLANE | ☐ 442 JOBS | ☐ 620 FOOD & DRUG | ☐ 421 TRANSFER (915b) | ☐ 460 DEPORTATION |
| ☐ 130 MILLER ACT | ☐ 315 AIRPLANE PRODUCT LIABILITY | ☐ 443 ACCOMMODATIONS | ☐ 630 LIQUOR LAWS | ☐ 422 APPEAL (801) | ☐ 810 SELECTIVE SERVICE |
| ☐ 140 NEGOTIABLE INSTRUMENT | | ☐ 444 WELFARE | ☐ 640 R.R. & TRUCK | PROPERTY RIGHTS | ☐ 850 SECURITIES COMMODITIES EXCHANGE |
| ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | ☐ 320 ASSAULT, LIBEL & SLANDER | ☐ 440 OTHER CIVIL RIGHTS | ☐ 650 AIRLINES REGS | ☐ 820 COPYRIGHT | |
| | ☐ 330 FEDERAL EMPLOYERS LIABILITY | | ☐ 660 OCCUPATIONAL SAFETY/HEALTH | ☐ 830 PATENT | ☐ 891 AGRICULTURAL ACTS |
| ☐ 151 MEDICARE ACT | | | ☐ 690 OTHER | ☐ 840 TRADEMARK | |
| ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS | ☐ 340 MARINE | | | SOCIAL SECURITY | ☐ 892 ECONOMIC STABILIZATION ACT |
| | ☐ 345 MARINE PRODUCT LIABILITY | | | ☐ 861 HIA (1395ff) | |
| ☐ 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS | ☐ 350 MOTOR VEHICLE | | | ☐ 862 BLACK LUNG (923) | ☐ 893 ENVIRONMENTAL MATTERS |
| | ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY | | | ☐ 863 DIWC (405.(g)) | ☐ 894 ENERGY ALLOCATION ACT |
| | ☒ 360 OTHER PERSONAL INJURY | PRISONER PETITIONS | LABOR | ☐ 863 DIWW (405 (g)) | |
| ☐ 160 STOCKHOLDERS SUITS | | | | ☐ 864 SSID Title XVI | ☐ 895 FREEDOM OF INFORMATION ACT |
| ☐ 190 OTHER CONTRACT | ☐ 362 PERSONAL INJURY - MED. MALPRACTICE | ☐ 510 VACATE SENTENCE (2255) | ☐ 710 FAIR LABOR STANDARDS | ☐ 865 RSI (405 (g)) | ☐ 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| ☐ 195 CONTRACT PRODUCT LIABILITY | ☐ 365 PERSONAL INJURY PRODUCT LIABILITY | ☐ 530 HABEAS CORPUS | ☐ 720 LABOR/MGMT RELATIONS | TAX SUITS | |
| | | ☐ 540 MANDAMUS & OTHER | ☐ 730 LABOR/MGMT REPORTING & DISCLOSURE ACT | ☐ 870 TAXES | |
| REAL PROPERTY | PERSONAL PROPERTY | | | ☐ 871 IRS-THIRD PARTY 26 USC 7609 | ☐ 950 CONSTITUTIONALITY OF STATE STATUTES |
| ☐ 210 CONDEMNATION | ☐ 370 OTHER FRAUD | ☐ 550 CIVIL RIGHTS | ☐ 740 RAILWAY LABOR ACT | ☐ 875 CUSTOMER CHALLENGE 12 USC 3410 | ☐ 890 OTHER STATUTORY ACTIONS |
| ☐ 220 FORECLOSURE | ☐ 371 TRUTH IN LENDING | | ☐ 790 OTHER LABOR LITIGATION | | |
| ☐ 230 RENT LEASE & EJECTMENT | ☐ 380 OTHER PERSONAL PROPERTY | | ☐ 791 EMPL. RET. INC. SECURITY ACT | OTHER STATUTES | |
| ☐ 240 TORTS TO LAND | | | | ☐ 400 STATE REAPPORTIONMENT | |
| ☐ 245 TORT PRODUCT LIABILITY | ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY | | | ☐ 410 ANTI-TRUST | |
| ☐ 290 ALL OTHER REAL PROPERTY | | | | ☐ 430 BANKS AND BANKING | |

## ORIGIN
(PLACE AN ☒ IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**UNITED STATES DISTRICT COURT** (Continued on Reverse Side) (Revised 8/87)

Amon / 953 / Mann

Dockets.Justia.com

# ARBITRATION CERTIFICATION

I, _____, counsel for _____ do hereby certify pursuant to the Local Arbitration Rule Section 3(c), that to the best of my knowledge and belief the damages recoverable in the above captioned civil action exceed the sum of $100,000.00 exclusive of interest and costs.

_____ Relief other than monetary damages is sought.

## DISCLOSURE OF INTERESTED PARTIES—LOCAL RULE 9

Identify any corporate parents, subsidiaries or affiliates of named corporate parties:

None

Did the cause of action arise in Nassau or Suffolk County? No

If you answered yes, please indicate which county. Queens

County of residence of plaintiff(s)  (1) New York
                                     (2) _____
                                     (3) _____
Others _____

County of residence of defendant(s)  (1) Queens
                                     (2) _____
                                     (3) _____
Others _____

I am currently a member in good standing of the bar of this Court.

YES  XX    NO  _____

INITIALS OF YOUR FIRST AND LAST NAME AND THE LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER.
(THIS INFORMATION "MUST" BE PROVIDED PURSUANT TO LOCAL RULE 1(a) OF THE CIVIL RULES.)

ATTORNEY BAR CODE: 1333 MD

Date: 2/16/05

Signature of Attorney of Record: _____

---

CITIZENSHIP OF PRINCIPAL PARTIES
(IF DIVERSITY)

|  | PTF | DEF |
|---|---|---|
| CITIZEN OF THIS STATE | □ 1 | □ 1 |
| INCORPORATED THIS STATE | □ 2 | □ 2 |
| FOREIGN CORPORATION-PRINCIPAL PLACE OF BUSINESS IN _____ STATE | □ 3 | □ 3 |
| OTHER NON-CITIZEN OF THIS STATE | □ 4 | □ 4 |

JURY DEMAND: □ Yes □ No
Check YES only if demanded in complaint:

□ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____  OTHER

Check/fill in if demanded in complaint

RELATED CASE(S) IF ANY
CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED
JUDGE None    DOCKET NUMBER _____

□ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT
□ 2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION
□ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK