

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:SJK
2005V00371

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

April 18, 2005

*FILED ELECTRONICALLY*
Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Kamburowski v. Kidd,
           No. CV-05-0953 (CBA)(RLM)

Dear Judge Amon:

      Defendants in the above-referenced matter respectfully request an extension of time of sixty days, to June 20, 2005, to answer or otherwise respond to Plaintiffs' complaint. An extension is necessary because the named, individual defendants in this action under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971), had requested government representation, and the undersigned was advised today that their requests have been approved. Currently, Defendants' response is due on April 19, 2005. This is Defendants' first request for an extension in this case, and counsel for Plaintiffs have consented to this request.

      Respectfully submitted,

      ROSLYNN R. MAUSKOPF
      United States Attorney

By:  \s\ *Steven Kim*
     STEVEN KIM (SK6445)
     Assistant U.S. Attorney
     (718) 254-7036

cc:  Michael P. DiRaimondo, Esq.
     DiRaimondo & Masi, LLP
     401 Broadhollow Road, Suite 302
     Melville, New York 11747

     Thomas E. Moseley, Esq.
     One Gateway Plaza, Suite 2600
     Newark, New Jersey 07102