```
SLR:VN:SK(6445)
2005v00371
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

MICHAEL KAMBUROWSKI and
GINA KAMBUROWSKI,

            Plaintiffs,

  — against —

MICHAEL KIDD, Deportation Officer,
U.S. Immigration & Customs
Enforcement; JOHN DOE I, Unknown
Deportation Officer, U.S.
Immigration & Customs Enforcement;
JOHN DOE II, Unknown Supervisory
Deportation Officer, U.S.
Immigration & Customs Enforcement,
and JOHN CARBONE, Acting Field
Director, U.S. Immigration &
Customs Enforcement,

            Defendants.

- - - - - - - - - - - - - - - - x

CERTIFICATION

Civil Action
No. 05-0953

(Amon, J.)
(Mann, M.J.)

      I, Steven Kim, Assistant United States Attorney for the Eastern District of New York, hereby certify, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.3, that I have read the Complaint in this matter, as well as relevant documents maintained by the Department of Homeland Security. Based on this information, MICHAEL KIDD and JOHN CARBONE were acting

within the scope of their employment as employees of the United States at the time of the alleged conduct in the Complaint.

Dated: Brooklyn, New York
June 20, 2005

                              ROSLYNN R. MAUSKOPF
                              United States Attorney
                              Eastern District of New York
                              1 Pierrepont Plaza, 16th Floor
                              Brooklyn, New York  11201

By: \s\ *Steven Kim*
     STEVEN KIM (SK6445)
     Assistant U.S. Attorney
     (718) 254-7036