ROANNE L. MANN                DATE: July 06, 2005
UNITED STATES MAGISTRATE JUDGE     START: 3:30 PM
                                                      END: 4:00 pm

DOCKET NO: 05-CV-953 (CBA)

CASE: Kamburowsi, et al. v. Kidd, et al.

☑ INITIAL CONFERENCE            ___ OTHER/ORDER TO SHOW CAUSE
___ DISCOVERY CONFERENCE       ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE      ___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Michael DiRaimondo

FOR DEFENDANT: Steven Kim

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Plaintiff would like to hold this Bivens action in abeyance while he files an administrative tort claim. The Court is not prepared to stay the case indefinitely. The parties are directed to confer and, by 7/20/05, to submit by ECF a proposal to dismiss without prejudice or stay the case, or a status report.