

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:SJK
2005V00371

*One Pierrepont Plaza*

*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

July 20, 2005

<u>FILED ELECTRONICALLY</u>
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  Kamburowski v. Kidd,
          <u>No. CV-05-0953 (CBA)(RLM)</u>

Dear Judge Mann:

     The parties in the above-referenced matter respectfully request that this case be held in suspense for ninety days, until October 18, 2005, so that Plaintiffs may obtain a final administrative decision on their administrative tort claim and amend their complaint accordingly.  The Department of Homeland Security has advised counsel for Defendants that Plaintiffs' administrative claim will be adjudicated within ninety days.  If Plaintiffs' administrative claim is denied, then Plaintiffs respectfully request that they be given until November 17, 2005, to file their amended complaint.

                     Respectfully submitted,

| | |
|---|---|
| Dated: Melville, New York<br>       July 20, 2005 | Dated: Brooklyn, New York<br>       July 20, 2005 |
| DIRAIMONDO & MASI, LLP<br>401 Broadhollow Road, Ste. 302<br>Melville, New York 11747 | ROSLYNN R. MAUSKOPF<br>United States Attorney<br>Eastern District of New York |
| By: <u>\s\ *Michael P. DiRaimondo*</u><br>    Michael P. DiRaimondo, Esq.<br>    (631) 777-5557 | By: <u>\s\ *Steven Kim*</u><br>    Steven Kim (SK6445)<br>    Assistant U.S. Attorney<br>    (718) 254-7036 |

cc: Michael P. DiRaimondo, Esq.
    DiRaimondo & Masi, LLP
    401 Broadhollow Road, Suite 302
    Melville, New York 11747

    Thomas E. Moseley, Esq.
    One Gateway Plaza, Suite 2600
    Newark, New Jersey  07102