**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:SJK
2005V00371

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

July 20, 2005

<u>FILED ELECTRONICALLY</u>
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> *Application granted, on consent. By 11/17/05, plaintiffs shall file either an amended complaint or a status report.*

Re: <u>Kamburowski v. Kidd,</u>
    <u>No. CV-05-0953 (CBA) (RLM)</u>

Dear Judge Mann:

The parties in the above-referenced matter respectfully request that this case be held in suspense for ninety days, until October 18, 2005, so that Plaintiffs may obtain a final administrative decision on their administrative tort claim and amend their complaint accordingly. The Department of Homeland Security has advised counsel for Defendants that Plaintiffs' administrative claim will be adjudicated within ninety days. If Plaintiffs' administrative claim is denied, then Plaintiffs respectfully request that they be given until November 17, 2005, to file their amended complaint.

Respectfully submitted,

Dated: Melville, New York
       July 20, 2005

DIRAIMONDO & MASI, LLP
401 Broadhollow Road, Ste. 302
Melville, New York 11747

By: \s\ *Michael P. DiRaimondo*
    Michael P. DiRaimondo, Esq.
    (631) 777-5547

Dated: Brooklyn, New York
       July 20, 2005

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York

By: \s\ *Steven Kim*
    Steven Kim (SK6445)
    Assistant U.S. Attorney
    (718) 254-7036

SO ORDERED:
/s/
*Roanne L. Mann*
U.S. Magistrate Judge
Dated: 7/25/05