UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
Mɪᴄʜᴀᴇʟ **KAMBUROWSKI** and
    Gɪɴᴀ **KAMBUROWSKI**,                              **AUTOMATIC DISCLOSURE**

       **Plaintiffs,**                                **Civil Action No. CV-05-0953**

      **-against-**                                    **(Amon, J.)**
                                                                 **(Mann, M.J.)**

**Michael KIDD**, Deportation Officer, U.S. Immigration
& Customs Enforcement; **John DOE I**, Unknown
Deportation Officer, U.S. Immigration & Customs
Enforcement; **John DOE II**, Unknown Supervisory
DeportationOfficer, U.S. Immigration & Customs
Enforcement, and **John CARBONE**, Acting Field Director,
U.S. Immigration & Customs Enforcement,

       **Defendants.**
-------------------------------------------------------------------- X

      Plaintiffs Michael Kamburowski and Gina Kamburowski, by their attorney Michael P. DiRaimondo, DiRaimondo and Masi, LLP, 401 Broadhollow Road, Suite 302, Melville, New York, 11747, for their required disclosures pursuant to Fed. R. Civ. P. 26 provides upon information and belief as follows:

      26(a)(1)(A): The name of each individual likely to have discoverable information relevant to the disputed facts:

      1.     Michael Kamburowski
             P.O. Box 1719
             Mew York, New York 10025

      2.     Gina Kamburowski
             P.O. Box 1719
             Mew York, New York 10025

      3.     Michael P. DiRaimondo, Esq.
             DiRaimondo & Masi, LLP
             401 Broadhollow Road, Suite 302
             Melville, New York 11747

4. Valerie F. Auletta
   District Adjudications Officer
   Department of Homeland Security
   United States Citizenship & Immigration Service
   711 Stewart Avenue
   Garden City, New York

5. Denis Bunce
   Supervisory District Adjudications Officer
   Department of Homeland Security
   United States Citizenship & Immigration Service
   711 Stewart Avenue
   Garden City, New York

6. Michael Kidd
   Deportation Officer
   Department of Homeland Security
   United States Immigration & Customs Enforcement
   26 Federal Plaza
   New York, New York 10278

7. John Doe I
   Deportation Officer
   Department of Homeland Security
   United States Immigration & Customs Enforcement
   26 Federal Plaza
   New York, New York 10278

8. John Doe II
   Supervisory Deportation Officer
   Department of Homeland Security
   United States Immigration & Customs Enforcement
   26 Federal Plaza
   New York, New York 10278

26(a)(1)(B): A copy of, or a description of, all documents relevant to the disputed facts:

1. Administrative File for Michael Kamburowski maintained by the Department of Homeland Security, A76 595 582;

26(a)(1)(C): Damages $5,000,000.00 - Breakdown to be calculated and provided;

26(a)(1)(D):  Not relevant

Dated: August 1, 2005
      Melville, New York

                            Respectfully submitted,

                            Michael P. DiRaimondo
                            DiRaimondo & Masi, LLP
                            Attorneys for Plaintiffs
                            401 Broadhollow Road, Suite 302
                            Melville, New York 11747
                            (631) 777-5557

                            Thomas E. Moseley
                            Attorney for Plaintiffs
                            One Gateway Plaza, Suite 2600
                            Newark, NJ 07102
                            (973) 622-8176