UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MICHAEL KAMBUROWSKI and
　　GINA KAMBUROWSKI,　　　　　　　　　　　　AUTOMATIC DISCLOSURE

　　　　　Plaintiffs,　　　　　　　　　　　　　　Civil Action No. CV-05-0953

　　-against-　　　　　　　　　　　　　　　　　　(Amon, J.)
　　　　　　　　　　　　　　　　　　　　　　　　(Mann, M.J.)
Michael KIDD, Deportation Officer, U.S. Immigration
& Customs Enforcement; John DOE I, Unknown
Deportation Officer, U.S. Immigration & Customs
Enforcement; John DOE II, Unknown Supervisory
DeportationOfficer, U.S. Immigration & Customs
Enforcement, and John CARBONE, Acting Field Director,
U.S. Immigration & Customs Enforcement,

　　　　　Defendants.
------------------------------------------------------------------- X

　　Plaintiffs Michael Kamburowski and Gina Kamburowski, by their attorney Michael P. DiRaimondo, DiRaimondo and Masi, LLP, 401 Broadhollow Road, Suite 302, Melville, New York, 11747, for their required disclosures pursuant to Fed. R. Civ. P. 26 provides upon information and belief as follows:

　　26(a)(1)(A): The name of each individual likely to have discoverable information relevant to the disputed facts:

　　1.　　Michael Kamburowski
　　　　　P.O. Box 1719
　　　　　Mew York, New York 10025

　　2.　　Gina Kamburowski
　　　　　P.O. Box 1719
　　　　　Mew York, New York 10025

　　3.　　Michael P. DiRaimondo, Esq.
　　　　　DiRaimondo & Masi, LLP
　　　　　401 Broadhollow Road, Suite 302
　　　　　Melville, New York 11747

4. Valerie F. Auletta
District Adjudications Officer
Department of Homeland Security
United States Citizenship & Immigration Service
711 Stewart Avenue
Garden City, New York

5. Denis Bunce
Supervisory District Adjudications Officer
Department of Homeland Security
United States Citizenship & Immigration Service
711 Stewart Avenue
Garden City, New York

6. Michael Kidd
Deportation Officer
Department of Homeland Security
United States Immigration & Customs Enforcement
26 Federal Plaza
New York, New York 10278

7. John Doe I
Deportation Officer
Department of Homeland Security
United States Immigration & Customs Enforcement
26 Federal Plaza
New York, New York 10278

8. John Doe II
Supervisory Deportation Officer
Department of Homeland Security
United States Immigration & Customs Enforcement
26 Federal Plaza
New York, New York 10278

26(a)(1)(B): A copy of, or a description of, all documents relevant to the disputed facts:

1. Administrative File for Michael Kamburowski maintained by the Department of Homeland Security, A76 595 582;

26(a)(1)(C): Damages $5,000,000.00 - Breakdown to be calculated and provided;

26(a)(1)(D):  Not relevant

Dated: August 1, 2005
      Melville, New York

                Respectfully submitted,

Michael P. DiRaimondo
DiRaimondo & Masi, LLP
Attorneys for Plaintiffs
401 Broadhollow Road, Suite 302
Melville, New York 11747
(631) 777-5557

Thomas E. Moseley
Attorney for Plaintiffs
One Gateway Plaza, Suite 2600
Newark, NJ 07102
(973) 622-8176