**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**-------------------------------------------------------------x**
**MICHAEL KAMBUROWSKI and**
**GINA KAMBUROWSKI,**

                         **Plaintiff,**                         **ORDER**

                **-against-**                         **05-CV-953 (CBA)**

**MICHAEL KIDD, et al.,** *deportation Officer,*
*U.S. Immigration & Customs Enforcement***,**

                         **Defendant.**
**-------------------------------------------------------------x**

        In an endorsed order dated July 25, 2005, the Court granted the parties' request to

allow plaintiffs until November 12, 2005, to file their amended complaint (or, in the alternative,

a status report).  The Court has heard nothing further from the parties.  By December 8, 2005,

plaintiffs shall, on pain of sanctions, file (via ECF) either their amended complaint or an updated

status report.

        **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
            **December 1, 2005**

                                     **ROANNE L. MANN**
                                     **UNITED STATES MAGISTRATE JUDGE**