**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: January 04, 2006  
START: 12:00 PM  
END: 12:30 pm

DOCKET NO: 05-CV-953 (CBA)

CASE: Kamburowski, et al. v. Kidd, et al.

✓ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Michael DiRaimondo (by phone)  
Mary Beth Della-Pizzi (by phone)

FOR DEFENDANT: Steven Kim

FACT ___ DISCOVERY TO BE COMPLETED BY 7/24/06  
✓ NEXT CONFERENCE (settlement) SCHEDULED FOR 8/3/06 10:30 AM  
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosure is complete. New parties may be added until 3/17/06. Expert disclosure is deferred until after the settlement conference.