

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:SJK
2005V00371

*One Pierrepont Plaza*

*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

June 28, 2006

*FILED ELECTRONICALLY*
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Kamburowski v. Kidd,
           No. CV-05-0953 (CBA)(RLM)

Dear Judge Mann:

     Defendants in the above-referenced matter respectfully request an extension of time of sixty days, to September 29, 2006, to complete fact discovery. An extension is necessary because of difficulties in contacting witnesses and scheduling them for depositions. For instance, the undersigned has not been able to reach one fact witness who has retired since the underlying events in this matter. Another fact witness will be on a temmporary duty assignment in Connecticut for most of July, and another fact witness has been permanently reassigned to Miami, Florida. Further, the undersigned will be on annual leave for first week in July. Currently, the fact discovery deadline is July 24, 2006. This is Defendants' second request for an extension in this case. The Court granted Defendants' first request, for an extension to respond to the complaint, on April 18, 2005, and counsel for Plaintiffs have consented to this request.

                      Respectfully submitted,

                      ROSLYNN R. MAUSKOPF
                      United States Attorney

        By:  *\s\ Steven Kim*
                Steven Kim (SK6445)
                Assistant U.S. Attorney
                (718) 254-7036

cc:  Michael P. DiRaimondo, Esq.
     Mary Elizabeth Delli-Pizzi, Esq.
     DiRaimondo & Masi, LLP
     401 Broadhollow Road, Suite 302
     Melville, New York 11747