# DiRaimondo & Masi, LLP
## Attorneys at Law
401 Broadhollow Road, #302
Melville, New York 11747
(631) 777-5557
Fax (631) 777-5114

**BY FEDERAL EXPRESS**

September 26, 2006

Honorable Roanne Mann
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Kamburowski v. Kidd, CV-05-953</u>

Dear Magistrate Mann:

*[Handwritten annotation:]* Application granted. Fact discovery is extended to 1/30/07. The 10/12/06 settlement conference is adjourned to 2/14/07 at 2:00pm.

**SO ORDERED:**
/s/
*Roanne L. Mann*
U.S. Magistrate Judge
Dated: 9/28/06

    The Plaintiffs respectfully request an extension of time, until January 30, 2007, to complete fact discovery in this matter. The parties are currently in the middle of depositions, and have depositions scheduled for the first week of October. After these depositions, we still have approximately four depositions remaining, and therefore, need the additional time to complete this process. Once the depositions have been completed we hope to engage in settlement negotiations concerning the possible resolution of this matter, and believe that the additional time in this regard is also necessary. The Defendants have, of course, consented to this request.

Thank you for your time and consideration of this request.

Very truly yours,

Michael P. DiRaimondo

MPD/
cc: Steve Kim, Esq.