

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:SJK
2005V00371

*One Pierrepont Plaza*

*Brooklyn, New York  11201*

*Mailing Address:*　*147 Pierrepont Street*
*Brooklyn, New York  11201*

March 28, 2007

*FILED ELECTRONICALLY*
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

　　　　Re:　Kamburowski v. Kidd,
　　　　　　No. CV-05-0953 (CBA)(RLM)

Dear Judge Mann:

　　　Defendants in the above-referenced matter respectfully request the Court's assistance regarding an apparent discovery dispute that may affect the fact discovery deadline.  Defendants noticed the deposition of Michael P. DiRaimondo, by agreement of counsel, for March 14, 2007, at 2:00 p.m.  Mr. DiRaimondo is one of the attorneys representing the Plaintiffs in this case.  Defendants sought to depose him because he was presented as a possible fact witness in this case.  A few days before Mr. DiRaimondo's deposition, the undersigned was advised that Mr. DiRaimondo's firm was not available on March 14th, and that objections may be lodged against his deposition.  On March 22, 2007, the undersigned was advised by counsel for Plaintiffs that a letter would be filed objecting to Mr. DiRaimondo's deposition.  As of today, the undersigned has not received any letter or any reason, other than Mr. DiRaimondo being one of the Plaintiffs' attorneys, why he should not be deposed.

　　　Given that fact discovery in this matter closes on March 30, 2007, Defendants respectfully request that the Court direct Plaintiffs' counsel to either seek a protective order from the Court by a date certain or to present Mr. DiRaimondo for deposition forthwith.  Today, counsel for Plaintiffs advised the undersigned

that he was uncertain when any letter would be filed by Mr. DiRaimondo's firm regarding his deposition.

>Respectfully submitted,
>
>ROSLYNN R. MAUSKOPF
>United States Attorney
>
>By: \s\ *Steven Kim*
>Steven Kim (SK6445)
>Assistant U.S. Attorney
>(718) 254-7036

cc: Thomas E. Moseley, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102-5397

Michael P. DiRaimondo, Esq.
Mary Elizabeth Delli-Pizzi, Esq.
DiRaimondo & Masi, LLP
401 Broadhollow Road, Suite 302
Melville, New York 11747