ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: 3/29/07
START: 2:10 pm
END: 2:25 pm

DOCKET NO: 05 CV 953

CASE: Kamburowski v. Kidd

___ INITIAL CONFERENCE
✓ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE recorded

FOR PLAINTIFF: Michael DiRaimondo
Mary Beth Delli-Pizzi

FOR DEFENDANT: Steven Kim

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT CONFERENCE SCHEDULED FOR _____
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Plaintiff's counsel, Mr. DiRaimondo, assures the Court that he will not be testifying on plaintiff's behalf and that he has no personal knowledge of any contested facts. Based on these representations, defense counsel agrees to withdraw his notice of Mr. DiRaimondo's deposition. The parties shall draft a stipulation to that effect.