**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: April 10, 2007  
START: 10:00 AM  
END: 11:20 AM

DOCKET NO: 05-CV-953 (CBA)

CASE: Kamburowski, et al. v. Kidd, et al.

___ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
✓ SETTLEMENT CONFERENCE  

___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Michael DiRaimondo  
Mary Elizabeth Delli-Pizzi

FOR DEFENDANT: Steven Kim

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The parties shall notify the Court by 4/13/07 whether its settlement proposal is accepted.

If no settlement, requests for a premotion conference must be filed by 4/20/07.