UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
........................................................................

MICHAEL KAMBUROWSKI
and GINA KAMBUROWSKI,                       **NOTICE OF PREMOTION**
                                            **CONFERENCE BY TELEPHONE**

    Plaintiff(s),                CV-05-0953 (CBA)(RLM)

  -against-

MICHAEL KIDD, Deportation Officer,
U.S. Immigration & Customs Enforcement,
et al.,

    Defendant(s).
........................................................................
AMON, J.

  A PREMOTION CONFERENCE <u>WILL BE HELD BY TELEPHONE</u> ON  <u>MAY 23 , 2007</u>

<u>AT 11:00 AM</u> BEFORE THE HONORABLE CAROL BAGLEY AMON, UNITED STATES

DISTRICT JUDGE.

  <u>**AUSA STEVEN KIM IS  DIRECTED TO INITIATE THE CONFERENCE CALL TO**</u>

<u>**CHAMBERS (718) 613-2410**</u> ON THE DESIGNATED DATE AND TIME.

  SO ORDERED.

Dated: Brooklyn, New York
   April 27, 2007


            **Carol Bagley Amon**
            **United States District Judge**
            **718-613-2410**