# UNITED STATES DISTRICT COURT
# FOR THE Eastern District of New York
# Brooklyn

Michael Kamburowski, et al.

                         Plaintiff,

v.                                         Case No.: 1:05−cv−00953−CBA−RLM
                                             Judge Carol B. Amon

Michael Kidd, et al.

                         Defendant.

TYPE OF CASE:        Civil

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

       NOTICE of RESCHEDULED Pre−Motion Conference. Pre Motion Hearing now set for 5/25/2007 at 11:30 am by telephone before Judge Carol B. Amon. (Rosen, Abigail)

**PLACE**
Brooklyn

May 22, 2007

                                                                     s/ Robert C. Heinemann, Clerk
                                                                     s/ Abigail E. Rosen, Deputy Clerk