

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:SJK
2005V00371

*One Pierrepont Plaza*

*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

July 11, 2007

*FILED ELECTRONICALLY*
Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  Kamburowski v. Kidd,
             No. CV-05-0953 (CBA)(RLM)

Dear Judge Amon:

        Defendants in the above-referenced matter respectfully request an extension of time of sixty days, from July 13, 2007 to September 11, 2007, to serve their motion papers. Attached is a proposed Revised Scheduling Order. This extension is necessary because of previously scheduled annual leave taken by Defendants and because the undersigned Assistant U.S. Attorney will be leaving the U.S. Attorney's Office shortly, and this case will need to be reassigned to another AUSA. This is Defendants' first request for an extension of the briefing schedule issued on May 25, 2007. Counsel for Plaintiffs have consented to this request.

                        Respectfully submitted,

                        ROSLYNN R. MAUSKOPF
                        United States Attorney

            By:  *\s\ Steven Kim*
                 Steven Kim
                 Assistant U.S. Attorney
                 (718) 254-7036

cc:  Michael P. DiRaimondo, Esq.
     Mary Elizabeth Delli-Pizzi, Esq.
     DiRaimondo & Masi, LLP
     401 Broadhollow Road, Suite 302
     Melville, New York 11747

Dockets.Justia.com