```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

MICHAEL KAMBUROWSKI and
GINA KAMBUROWSKI,
                                        REVISED SCHEDULING ORDER
              Plaintiffs,
                                        Civil Action
     — against —                        No. 05-0953

MICHAEL KIDD, Deportation Officer,      (Amon, J.)
U.S. Immigration & Customs              (Mann, M.J.)
Enforcement; JOHN DOE I, Unknown
Deportation Officer, U.S.
Immigration & Customs Enforcement;
JOHN DOE II, Unknown Supervisory
Deportation Officer, U.S.
Immigration & Customs Enforcement,
and JOHN CARBONE, Acting Field
Director, U.S. Immigration &
Customs Enforcement,

              Defendants.

- - - - - - - - - - - - - - - - - x
```

Upon Defendants' motion for an extension of time to serve their moving papers, IT IS HEREBY ORDERED that Defendants' summary judgment motion is due on September 11, 2007; Plaintiffs' response is due on October 11, 2007; Defendants' reply is due on October 18, 2007; and oral argument will be held at a time and date set by the Court.

SO ORDERED:

Dated: Brooklyn, New York
       _____, 2007

_____
HONORABLE CAROL B. AMON
United States District Judge