UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

MICHAEL KAMBUROWSKI and
GINA KAMBUROWSKI,

        Plaintiffs,

— against —

MICHAEL KIDD, Deportation Officer,
U.S. Immigration & Customs
Enforcement; JOHN DOE I, Unknown
Deportation Officer, U.S.
Immigration & Customs Enforcement;
JOHN DOE II, Unknown Supervisory
Deportation Officer, U.S.
Immigration & Customs Enforcement,
and JOHN CARBONE, Acting Field
Director, U.S. Immigration &
Customs Enforcement,

        Defendants.

- - - - - - - - - - - - - - - - - x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 16 2007 ★

REVISED SCHEDULING ORDER

Civil Action
No. 05-0953

(Amon, J.)
(Mann, M.J.)

        Upon Defendants' motion for an extension of time to serve their moving papers, IT IS HEREBY ORDERED that Defendants' summary judgment motion is due on September 11, 2007; Plaintiffs' response is due on October 11, 2007; Defendants' reply is due on October 18, 2007; and oral argument will be held ~~at a time and date set by the Court~~ on November 9, 2007 at 2:00 PM in Courtroom 10 D.

SO ORDERED:

Dated: Brooklyn, New York
       July 13, 2007

S/ C.B.A.
_____
HONORABLE CAROL B. AMON
United States District Judge