

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza, 14th Floor*

*147 Pierrepont Street*
*Brooklyn, New York 11201-2776*

September 5, 2007

**BY ELECTRONIC COURT FILING**

Honorable Robert C. Heinemann, Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    *Re*:    <u>*Kamburowski v. Kidd,* No. 05-CV-0953 (CBA/RLM)</u>

Dear Mr. Heinemann:

    Kindly take notice of my appearance as new counsel for all of the defendants in the above-referenced action, in place of former Assistant United States Attorney Steven J. Kim, who recently left this Office. Please remove Mr. Kim's email address (<u>steven.kim@usdoj.gov</u>) from the ECF notification system for this case and replace it with my email address (<u>franklin.amanat@usdoj.gov).</u> I appreciate your time and attention to this matter.

                                      Respectfully submitted,

                                      ROSLYNN R. MAUSKOPF
                                      United States Attorney
                                      Eastern District of New York

                        By:    <u>/s/ {FILED ELECTRONICALLY}    </u>
                                      F. FRANKLIN AMANAT
                                      Assistant United States Attorney
                                      (718) 254-6024

cc (by Interoffice Mail):
        Honorable Carol B. Amon
        United States District Judge

        Honorable Roanne L. Mann
        United States Magistrate Judge

Honorable Robert C. Heinemann, Clerk of the Court
*Kamburowski v. Kidd,* No. 05-CV-0953 (CBA/RLM)
September 5, 2007
Page 2

cc (by email only):
    Michael P. DiRaimondo, Esq.    mpdesq@aol.com
    Mary Elizabeth Delli-Pizzi, Esq.    bethdellipizzi@aol.com