

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York 11201-2776*

October 26, 2007

**BY ELECTRONIC COURT FILING**
**AND HAND DELIVERY OF COURTESY COPY**

Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     *Re*:    <u>*Kamburowski v. Kidd,*</u> No. 05-CV-0953 (CBA/RLM)

Dear Judge Amon:

       With the consent of counsel for the plaintiffs, I respectfully request a short extension of today's deadline for the defendants in the above-referenced action to serve and file their motion for summary judgment. I have been under the weather for much of this week and as a result have been unable to complete the brief in support of the motion, which is nevertheless in its advanced stages. I respectfully request a one week extension, until Friday, November 2, 2007, to serve and file our motion papers, although I am hopeful that I will not need the entire week and may be able to complete the brief by the middle of next week.

       This is defendants' third request for an extension of the briefing schedule; the Court granted the first two, with the consent of the plaintiffs. I have spoken with Michael DiRaimondo, Esq., lead counsel for the plaintiffs, who has authorized me to advise the Court that plaintiffs have no objection to, and concur in, this requested extension.

I apologize for any inconvenience engendered by the necessity of a third request for extension and appreciate your Honor's time and attention to this matter.

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney
Eastern District of New York

By:     /s/ {FILED ELECTRONICALLY}

F. FRANKLIN AMANAT
Assistant United States Attorney
(718) 254-6024

cc (by Interoffice Mail):
      Honorable Roanne L. Mann
      United States Magistrate Judge

cc (by email only):
      Michael P. DiRaimondo, Esq.    mpdesq@aol.com
      Mary Elizabeth Delli-Pizzi, Esq.    bethdellipizzi@aol.com