|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | | FA6117 |

| | ) | |
|---|---|---|
| Michael KAMBUROWSKI *et ux.*, | ) | |
| | ) | |
| *Plaintiff*, | ) | No. 05-CV-0953 (CBA/RLM) |
| v. | ) | |
| | ) | (Amon, J.) |
| Michael KIDD, Deportation Officer, U.S. | ) | (Mann, M.J.) |
| Immigration and Customs Enforcement, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## DECLARATION OF F. FRANKLIN AMANAT

I, F. Franklin Amanat, Assistant United States Attorney in the Eastern District of New York, pursuant to 28 U.S.C. § 1746, do hereby declare under the penalties and pains of perjury, as follows:

1. A complete and true and correct copy of plaintiff Michael Kamburowski's immigration file, including his deportation file and the record of proceedings before the immigration court, has been consecutively paginated (pages 1-149) and is annexed to the Declaration of Michael S. Kidd as Exhibit 1.

2. Exhibit 2 is a true and correct copy of a Certification of Scope of Employment filed in the above-captioned proceeding by former Assistant United States Attorney Steven Kim on June 20, 2005.

3. Exhibit 3 is a true and correct copy of a Standard Form 95 Claim for Damage, Injury, or Death, dated June 30, 2005, filed by plaintiff Michael Kamburowski with the Department of Homeland Security (DHS), along with a letter from DHS in response dated July

22, 2005, a letter from counsel for the plaintiff dated October 5, 2005, and a letter from DHS denying the administrative claim dated October 17, 2005.

4. Exhibit 4 consists of excerpts from the deposition testimony of plaintiff Michael Kamburowski, dated March 9, 2007.

5. Exhibit 5 consists of excerpts from the deposition testimony of Valeri F. Auletta, dated October 4, 2006.

Dated: Brooklyn, New York
       November 2, 2007

BENTON J. CAMPBELL
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-2776

By: /s/ {FILED ELECTRONICALLY}
F. FRANKLIN AMANAT (FA6117)
Assistant United States Attorney
Eastern District of New York
(718) 254-6024