IMMIGRATION COURT

In the Matter of

KAMBUROWSKI, MICHAEL RAPHAEL
Respondent

Case No.: A76-593-582

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jul 16, 2004. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ ] The respondent was ordered removed from the United States to or in the alterna

[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to alternative to

[ ] Respondent's application for voluntary departure was granted until upon posting a bond in the amount of $ ______ with an alternate order of removal to

[ ] Respondent's application for asylum was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for withholding of removal was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted under section 240A(b)(1) ( ) granted under section 240A(b)(2) ( ) denied ( ) withdrawn. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's application for a waiver under section ______ of the INA ( )granted ( )denied ( )withdrawn or ( )other.

[ ] Respondent's application for adjustment of status under section ______ of the INA was ( )granted ( )denied ( )withdrawn. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a ______ until ______

[ ] As a condition of admission, respondent is to post a $ ______ bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper notice.

[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

[X] Proceedings were terminated. without prejudice

[X] Other: Applicant never received proper notice

Date: Jul 16, 2004

Appeal: Waived/Reserved Appeal Due By:

Final

STEVEN R. ABRAMS
Immigration Judge

DCR

U.S. Department of Justice
Immigration and Naturalization Service

# Notice to EOIR: Alien Address

Date: 2/20/04

File No: 76 595 582

To: Office of the Immigration Judge
Executive Office for Immigration Review
182-22 150th Avenue
Jamaica, NY 11413

From: Office of the District Director
Immigration and Naturalization Service
26 Federal Plaza 14th Floor
New York, NY 10278

Respondent: Kamburowski, Michael

**This is to notify you that this respondent is:**

☐ Currently incarcerated by other than INS. A charging document has been served on the respondent and an Immigration Detainer- Notice of Action by the INS (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

His/her anticipated release date is:

☐ Currently detained by INS at:

☐ Currently detained by INS and transferred this date to a new location:

RECEIVED
DEPARTMENT OF JUSTICE
04 FEB 23 AM 9:10
JAMAICA, NEW YORK

INS motion for change of venue attached. ☐ Yes ☐ No

☒ Released from INS custody on the following condition(s):

☐ Personal recognizance

☐ Order of recognizance (Form I-220A)

☒ Bond in the amount of $ 7,500 ☐ Surety bond ☒ Cash bond

☐ Other

☒ Upon release from INS custody, the respondent reported his/her address and telephone number will be:

15 St Nicholas Ave, apt 5H
New York, NY 10026

☒ Upon release from INS custody, the respondent was reminded of the requirements contained in section 239(a)(1)(F)(ii) of the Immigration and Nationality Act and was provided with an EOIR change of address form (EOIR-33).

Martha Torres (Signature of INS official) — Deportation Officer (Title of INS official)

MARTHA Torres (Printed name of INS official) — NYC/WOC (Location)

Form I-830 (Rev. 4/1/97)N

**U. S. DEPARTMENT OF JUSTICE**
Executive Office for Immigration Review
Immigration Court
182-22 150th Avenue 2nd Fl.
Jamaica, New York

In the Matter of: )
Kamburowski, Michael Raphael )
)
Respondent )

Case No.:A 76-595-582
REMOVAL PROCEEDINGS

In Bond Proceedings

**ORDER OF THE IMMIGRATION JUDGE**

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. §236.1(d), and having considered the representations of the Immigration and Naturalization Service and the respondent, it is **HEREBY ORDERED** that:

[ ] The request for a change in the custody status of the respondent be denied.

[✓] The request for a change in the custody status of the respondent be granted and that the respondent be:

(1) [ ] released from custody on respondent's own recognizance; or,

[✓] released from custody upon posting a bond of $7,500.00 and (Seven Thousand Five hundred)

(2) the conditions of the bond:

[ ] remain unchanged; or,

[ ] are changed as follows: ____________________

____________________

[ ] No jurisdiction pursuant to 236 of the Act ____________________

____________________

[ ] Other ____________________

____________________

[signature] legal assistant for
STEVEN R. ABRAMS
Immigration Judge

Date: 2/17/04

**U.S. Department of Justice**
Immigration and Naturalization Service

# Notice of Custody Determination

Kamburoski, Michael

File No: 76 595 582
Date: 2/13/04

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

- ☐ detained in the custody of this Service.
- ☒ released under bond in the amount of $ 20,000.
- ☐ released on your own recognizance.

☒ You may request a review of this determination by an immigration judge.

☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

[signature]
(Signature of authorized officer)

Officer In Charge
(Title of authorized officer)

OPCF / NYC
(INS office location)

☒ I do ☐ do not request a redetermination of this custody decision by an immigration judge.

☐ I acknowledge receipt of this notification.

[signature]
(Signature of respondent)

2/17/04
(Date)

## RESULT OF CUSTODY REDETERMINATION

On ______________, custody status/conditions for release were reconsidered by:

☐ Immigration Judge ☐ District Director ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:

- ☐ No change - Original determination upheld.
- ☐ Detain in custody of this Service.
- ☐ Bond amount reset to ______________
- ☐ Release - Order of Recognizance
- ☐ Release - Personal Recognizance
- ☐ Other: ______________

______________________
(Signature of officer)

Form I-286 (Rev. 4-1-97)N



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE

---------------------------------------------------------------- X

In the Matter of

Michael KAMBUROWSKI,

A76 595 582,

Respondent,

In Removal Proceedings.

---------------------------------------------------------------- X

**ORDER**

Upon motion of the Respondent, it is hereby ordered that the Respondent's Motion to Reopen *In Absentia* Order be granted and that venue is changed to the Office of the Immigration Judge at the Queens Wackenhut Detention Facility in Jamaica, New York, where the Respondent is currently detained.

**WHEREFORE**, the Motion to Reopen is granted and venue is changed to Jamaica, New York.

**SO ORDERED**

Immigration Judge

2/6/04

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
901 NORTH STUART ST., STE.1300
ARLINGTON, VA 22203

In the Matter of:
KAMBUROWSKI, MICHAEL RAPHAEL

RESPONDENT

Case No.: A76-595-582

Docket: ARLINGTON, VIRGINIA

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon due consideration of the Motion for Change of Venue filed in the above entitled matter, and having been satisfied that the non-moving party was accorded notice and an opportunity to respond, it is HEREBY ORDERED:

that venue is changed to New York.

The Immigration Court having administrative control over this hearing location is

Alien's new address is IN DHS CUSTODY
NEW YORK NY 10014

Alien's new attorney/representative (if any) is

JOHN MILO BRYANT
Immigration Judge
Date: Feb 6, 2004

Appeal: WAIVED (A/I/B)
Appeal Due By:

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] Alien's ATT/REP [ ] INS
DATE: 2/6/04 BY: COURT STAFF TCM
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

Form EOIR 34 - ST (COV)
KMO

Final decree for divorce
VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA

Terri Lynn Sweat
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

v. In Chancery No. 980-189

Micheal R. Kamburowski
non-citizen (does not have a social security no.)

**FINAL DECREE**

This case came to be heard upon plaintiff's Bill of Complaint filed herein; upon acceptance by defendant in Virginia. Defendant signed a Waiver of Notice, voluntarily waiving any and all rights to notification of trial proceedings. The Final Decree entered herein on April 9, 1998.

The court makes findings from the evidence independent of the admissions of the parties in the pleadings or otherwise. The court finds that the plaintiff has been a bona fide resident of the actually domiciled in the Commonwealth of Virginia for more than six months next preceding the filing of this suit; that the defendant was a resident of Woodbridge, when this suit was filed and that the parties last cohabited as man and wife in Arlington, Virginia, and that this Court has jurisdiction to hear and determine this cause. Further, the court finds that plaintiff and defendant were lawfully married to each other on February 7, 1997 in Alexandria, Virginia, and are both over the age of eighteen years. Neither party is a member of the Armed Services. On April 1, 1997, the parties separated, and since then, and for a period in excess of six months, they have lived separate and apart, without any cohabitation and without interruption. No children were born of this marriage. On November 12, 1997, the plaintiff and defendant entered into a separation agreement.

Accordingly, it is adjudged, ordered and decreed that plaintiff Terri Lynn Sweat be, and she hereby is, granted a divorce from the bond of matrimony from the defendant Michael R. Kamburowski on the ground of living separated and apart for a period in excess of six months; and that the Separation Agreement dated November 12, 1997 between the parties, and introduced into evidence as Plaintiff's Exhibit A, be, and hereby is, affirmed, ratified and incorporated by reference in this decree, pursuant to § 20-109.1, Code of Virginia (1950) as amended.

Since nothing further remains to be done in this case, it is ordered stricken from the docket and filed among the ended causes.

THIS DECREE IS FINAL.
ENTERED this 9th day of April, 1998.

s/ [signature]
[Circuit Judge]

I ASK FOR THIS:
[signature: Terri L. Sweat]
[Name of plaintiff]
1612 Ashford Place
Wood

A COPY TESTE:
Edward Semonian, Clerk
By [signature] Deputy Clerk

**U.S. Department of Justice**
Immigration and Naturalization Service

4420 N. Fairfax Drive
Arlington, Virginia 22203

**DECISION ON APPLICATION FOR STATUS AS PERMANENT RESIDENT**

Refer To This File No.
A76 595 582
Date: DEC 17 1999

Michael Kamburowski
2001 North Adams Street, #416
Arlington, Va. 22201

Upon consideration, it is ordered that your application for status as a permanent resident be denied for the following reasons:

On two occasions you have failed to appear for scheduled interviews (January 4, 1999 and May 25, 1999) regarding your application for status as a lawful permanent resident. Because you have failed to appear for an interview and have not provided valid explanations for your absences, your application mut be denied for lack of prosecution. {Operations Istructions 245.2 (b)}.

Pursuant to Title 8 Code of Federal Regulations 274.14 (a)(I)(iii) any authorization to accept employment granted to you on the basis of this application is automatically revoked as of the date of this denial.

You are granted to [illegible] 7 2000 to effect your departure from the United States voluntarily, without the institution of proceedings to enforce your departure. You must notify this office before that date on the enclosed card (Form 1-438) of the arrangements you have made to depart from the United States. *At the time of your departure from the United States, do not fail to surrenderForm 1-94, Arrival-Departure Record, in accordance with the instructions on that form.*

If you fail to depart from the United States by the date specified, proceedings will be instituted to enforce your departure. You may renew your application for status as a permanent resident during such proceedings.

ENIAL
ECOMMENDED BY: [illegible]
EVIEWED BY: [illegible] ASMAO
PPROVED BY: ____________

Sincerely yours,

[signature]

Warren A. Lewis
District Director

Enclosure(s)
[ ] I-438
[ ] I-94
[ ] Passport
[ ]

Form I-291
(Rev. 11-1-83)Y

*U.S.GPO:1998-436-564

# ORDER TO DETAIN OR RELEASE ALIEN

TO: (NAME and TITLE of Person in Charge of Facility)
OIC/ Warden

(Name of Facility)
QPCF

Please ☐ Detain ☑ Release

| Date | Time |
|---|---|
| 2/20/04 | |

Name of Alien: Kamburoski, Michael

File Number: A76595582

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| 33 | 5/3/71 | M | Australia | |

| Nature of Proceedings | Signature of Officer Receiving Alien |
|---|---|
| Removal | |

REMARKS: Please release w/ all belongings & money
Bond Posted

| Signature of Officer Authorizing Action | Title | Office |
|---|---|---|
| Edmund E. [signature] | SDO | NYC |

Form 1-203 (Rev. 7-15-78) Y

UNITED STATES DEPARTMENT OF JUSTICE—Immigration and Naturalization Service



Australian Government

Department of Foreign Affairs and Trade

# Facsimile Message

| To: | Telephone Number: | Facsimile Number: |
|---|---|---|
| Theresa Regis | | 718-244-7965 |
| **From:** | **Telephone Number:** | **Facsimile Number:** |
| René Reinhard | 212-351-6530 | 212-351-6501 |

**Date:** 5 February 2004

**No. of Pages (including this page):**

**Subject:** Consular visit to detainee - Michael KAMBUROWSKI

Dear Ms Regis

Our Australian citizen, Mr Kamburowski, is currently in detention and we would like to make a consular visit to him on Friday 6 February 2004.

If possible, we would like to visit him in the morning hours.

Could you please, or a member of your staff, contact me on 212-351-6530 to confirm arrangements and provide the address for the detention centre. We would also like to bring Australian newspapers to Mr Kamburowski. We would be grateful for advice as to whether this will be permitted.

Attached is a copy of Consulate ID for myself and consular officer, Ms Rebecca Smith, who will accompany me on the visit (the original ID will be presented on arrival at the facili

Thanking you in advice for your assistance with this visit.

René Reinhard
Director, Consular Officer




Canberra ACT 0221 www.dfat.gov.au

**IMPORTANT - WARNING**
If you are not the intended recipient of this facsimile message, any use of the information contained in it is prohibited. Use includes copying, disclosure or distribution. If you have received this document in

# ⌐MORANDUM OF INVESTIGATION

| FILE #: A76 595 582 | NAME: KAMBUROWSKI, Michael | LOCATION: NYC/DRO District Office |
|---|---|---|

Subject was encountered at 711 Stewart Ave., Garden City, NY after arriving for an interview for his I-485 application. The subject was identified in the IBIS system as an alien absconder and officers at the Garden City office alerted the Fugitive Operation team of his presence.

After reviewing the subject's file it was determined that he had been previously married to a
The subject and his attorney denied knowledge that he had been ordered deported in Arlington, Virginia. After learning that the subject was going to be arrested, the attorney grabbed the subject's passport from the table and refused to surrender it. The subject was arrested without incident and transported to 26 Federal Plaza for processing.

✱ I 485 Denied 1/22/03

| Deportation Officer: Michael S. Kidd | MS | Date: 01/22/2004 |
|---|---|---|

[G-166c]

# RECORD OF DEPORTABLE ALIEN

(See A.M. - 2790.31 -34 for instructions)

| Field | Value |
|---|---|
| Family Name (Capital Letters) | KAMBUROWSKI |
| Given Name | Michael |
| Middle Name | Raphael |
| Sex | Male |
| Hair | Brn |
| Eyes | Hazel |
| Complexion | Light |
| Country of citizenship | Australia |
| Passport Number and Country | |
| File Number | A76 595 582 |
| Height | 6'2" |
| Weight | 195 |
| Occupation | Administrator |
| U.S. Address (Residence) (Number) (Street) (City) (State) (Zip Code) | 11-15 St. Nicholas St. Apt. 5H, New York, NY 10026 |
| Scars or Marks | None visible |
| Date, Place, Time, Manner of Entry | 01/23/1995, LOS, B2 |
| Passenger Boarded at | Melbourne |
| F.B.I No. | |
| Marital Status | ☐WIDOW(ER) ☐SINGLE ☐SEPARATED ☒MARRIED ☐DIVORCED |
| Number, Street, City, Province (State), and Country of Permanent Residence | |
| Method of Location/Apprehension | B&B |
| Birthdate | 05/03/1971 AGE: 32 |
| Date of Action | 01/22/2004 |
| Location | New York |
| (At/Near) | GC sec 245 |
| Date & Hour | 01/22/04 0900 AM |
| City, Province (State) and Country of Birth | Chelm, Poland |
| AR | ☐ |
| Form: (Type & No.) | ☐ Lifted ☒ Not lifted |
| By | Michael Kidd |
| Visa Issued At - NIV No. | Melbourne |
| Social Security Account Name | Michael Raphael Kamburowski |
| Status at Entry | B2 |
| Status WhenFound | absconder |
| Date Visa Issued | 11/28/1994 |
| Social Security No. | 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 |
| Send C.O.Rec Check | |
| Length of time in US | Over 1 year |

Immigration Record
**DETAINER:** ☐YES/☒NO **PRIOR DEPORT:** ☐YES/☒NO

Criminal Record: CONVICTED ☐ INVD☐ CLMD☐

| Field | Value |
|---|---|
| Name, Address, and Nationality of Spouse (Maiden Name, if appropriate) | Gina Kamburowski- USC- 11-15 St. Nicholas St. Apt. 5H, New York, NY |
| Number & Nationality of Minor Children | |
| Father's Name, and Nationality and Address, if Known | Zbigniew Kamburowski, Australia- Australia |
| Mother's Present and Maiden Names, Nationality & Address | Urszula Kambrowski, Australia- Australia |
| Monies Due/Property in U.S. not immediate possession | [ ]None [X] See I-43 |
| Fingerprinted | [ ]Yes [ ]No |
| Lookout Book Checked | [ ]Not Listed [ ]Listed,code____ |
| Deportation Charge(s) | 237(a)(1)(C)(i) |
| Name and Address of (Current/Last) Employer | Prometric- 1 Penn Plaza W 34th St. |
| Type of Employment | Administrator |
| Salary | 15, 000 |
| From: | 07/03 |
| To: | present |

Narrative (Outline particulars under which alien located/apprehended). Include details not shown above, re, time, place and manner of last entry and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior) Alien has been advised of communication privileges pursuant to 8 CFR 242.2 (e).

Initial MSK Date 01/22/04

INSTITUTION: INMATE#: AGGRAVATED FELON: Y / (N)

EPR DATE:

Subject was encountered at the Garden City Sec. 245 office after he arrived for his I-485 interview. The subject was ordered deported To Australia on 05/31/2001 in Arlington VA. The subject was arrested without incident and transported to 26 Federal Plaza for processing.

Parent Info: Father CUSC / LPR / (Not LPR) AGE:

Mother CUSC / LPR / (Not LPR) AGE:

Parents Married at Birth (Y) / N

Parents Still Married (Y) N

DERIVATIVE US CITIZENSHIP: ☐Y/☒N

Telephone number to verify status: ____________

Military Service: Y / (N) Branch ____________

Health: Good

Language: (English) / Spanish / Other ____________

Petitions Filed/Pending: (Y) N I485 Denied

Claims USC: Y / (N)

CRIMINAL HISTORY - TOTAL ARREST:

# FEL CONVICTIONS: 0 SPECIFY: 0

# MDM CONVICTIONS: 0 SPECIFY:

TOTAL CONVICTIONS:0

[signature]
Michael Kidd, DO
( SIGNATURE & TITLE )

DISTRIBUTION
1-FILE
1- STATS

Received (subject and documents)(report of interview) from
Officer
Date
Disposition.
(Receiving Officer)

FINS: 14637560

EID: 26196548

XID: EINYC003012204105319

Type: BP

Enctr. Date: 01/22/2004 10:53:42

Left Index

Right Index

Print

OK

U.S.Department of Justice
Immigration and Naturalization Service



# Record of Deportable/I[illegible]dmissible Alien

Family Name (CAPS) / First / Middle: KAMBUROWSKI, MICHAEL

Sex: Male
Hair:
Eyes:
Cmplxn:

Country of Citizenship: AUSTRALIA
Passport Number and Country of Issue:
File Number: 076595582

Height:
Weight:
Occupation:

U.S. Address:

Scars and Marks:

Date, Place, Time, and Manner of Last Entry:
Passenger Boarded at:

F.B.I Number:

Number, Street, City, Province (State) and Country of Permanent Residence: 11-15 ST. NICHOLAS ST APT. 5H, NY, US

Method of Location/Apprehension: Other Task Force

Date of Birth: 01/01/1960
Date of Action:
Location Code:

At/Near: GARDEN CITY,NY
Date/Hour: 01/22/2004 10:47

City, Province (State) and Country of Birth: POLAND
AR ☐
Form:(Type and No.)
Lifted ☐
Not Lifted ☐

By: KIDD

NIV Issuing Post and NIV Number:
Social Security Account Name:

Status at Entry: Non-Immigrant
Status When Found:

Date Visa Issued:
Social Security Number:

Length of Time Illegally in U.S.: Over 1 year

Immigration Record:
Criminal Record:

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):
Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known:
Mother's Present and Maiden Names, Nationality, and Address, if Known:

Monies Due/Property in U.S. Not in Immediate Possession:
Fingerprinted ? Yes [X] No ☐
INS Systems Checks:
Charge Code Word(s):

Name and Address of (Last)/(Current) U.S. Employer:
Type of Employment:
Salary: Hr.
Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and /or criminal violation. Indicate means and route of travel to interior.

FINS #
14637560

Left Index

Right Index

Subject was encountered at the Garden City Sec. 245 office after he arrived for his Sec 245 interview. The subject was ordered deported on May 31, 2001 in Virginia. Subject was arrested without incident and transported to 26 Fed Plaza for processing.

Alien has been advised of communication privileges. ____________ (Date/Initials)

____________ (Signature and Title of INS Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: ____________
on: ____________ 20 ______ at ______ (time)
Disposition: ____________
Examining Officer: ____________

Version 1.1

Form I-213(Rev.4/1/97) 1



Last Name: KAMBUROWSKI

First Name: MICHAEL

Sex: Male

DOB (MM/DD/YYYY): 01/01/1960

Country of Birth: POLAND

Country of Citizenship: AUSTRALIA

A #: 076595582

Location: NYC

Address - City/Residence: 11-15 ST. NICHOLAS ST APT.

Address - State/Residence: NY

Address - Country/Residence: US

Comments

Subject was encountered at the Garden City Sec. 245 office after he arrived for his Sec 245 interview. The subject was ordered deported on May 31, 2001 in Virginia. Subject was arrested without incident and transported to 26 Fed Plaza for processing.

Method of Location/Apprehension: Other Task Force

Location of Apprehension: GARDEN CITY,NY

Date and Time of Apprehension (MM/DD/YYYY HR:MI): 01/22/2004 10:47

Apprehended By: KIDD

Status of Entry: Non-Immigrant

Length of Time Illegally in U.S: Over 1 year

Misc 1:

Misc 2:

Misc 3:

Print I213/Alerts | View Prints | View/Add Alert | Print Screen | OK


Encounter ID
External System ID
Type
Encounter Date
BP
01/22/2004 10:53:42
Print
View/Add Alert
Show Bio
Cancel
counter ID
26196548
Selected: 1 of 1

```
CIMEOIR1            IMMIGRATION AND NATURALIZATION SERVICE              01/22/04
                    CENTRAL INDEX SYSTEM - EOIR DATA DISPLAY            07:57:51
A NUMBER: 076595582
                         BASE CITY: WAS  HEARING LOC: WAS    A-NUMBER: 76595582
 CIS NAME: KAMBUROWSKI, MICHAEL, RAPHAEL                 PRIN A-NUMBER: 76595582
EOIR NAME: KAMBUROWSKI, MICHAEL RAPHAEL             EOIR NATIONALITY: AS
      DOB:                 CASE TYPE: RMV                    RELATION:
CHARGE DOC: 12/05/2000 ASYLUM TYPE:        CUSTODY:       CLK ELAPSE:   0
PROCEED REC: 01/04/2001 INIT HEARING: 02/22/2001          CLK UPDTD:
                    LAST HEARING: 05/31/2001 TYPE: MSTR      CLK ST:
INIT RECD:
ASYL RECD:                IJ DECISN:     IJ COMPLETE: 05/31/2001    APPLICATIONS
                         W/H DECISN:     EOIR DECISN: REMOVE          FILED DEC
                                         OTHER COMPL:              212C:
MTR RECD:                DECISN:          DATE:                   245ADJ:
APPEAL:                  DECISN:          DATE:                  VOL DEP:
                     FINAL DISP: ADM FRO  DATE: 05/31/2001       WTHDRWL:
                                                                 SUSPENS:
CHARGES:  (1) 237a01B         (2) 237a01Ci        (3)
          (4)                 (5)                 (6)

 PF1 PAGE FWD  PF5 HELP  PF11 RETURN TO CIS  CLEAR EXIT  ENTER PROCESS A NUMBER
EOIR DATA DISPLAYED. MORE TO SEE - PRESS PF1.
```

**********************************************************************
THE FOLLOWING TRANSACTION IS BEING SENT TO JUSTICE:
JUINS PP NN JNCIC . 2L01JUINSVTML98739.QH.NYINSNYJ0.NAM/KAMBUROWSKI,
MICHAEL.DOB/19600101.SEX/M.RAC/U.PUR/C
**CNTL # [redacted] ******** RECEIVED FROM JUSTICE ON 01/22/2004 AT 08:03:25
JNCIC [redacted] 08:33:44 01/22/04 xx xx JUINS .
2L01JUINSVTML98739
NYINSNYJ0
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/KAMBUROWSKI,MICHAEL.DOB/19600101.SEX/M.RAC/U.PUR/C.
END
**********************************************************************
THE FOLLOWING TRANSACTION IS BEING SENT TO JUSTICE:
JUINS PP LL NLETS . RQ.NYINSNYJ0.MD.*VTML 98734.TXT LIC/MEB759.LIY/2
004.LIT/PC
**CNTL # [redacted] ******** RECEIVED FROM JUSTICE ON 01/22/2004 AT 08:00:53
JNLET [redacted] 08:31:11 01/22/04 xx xx JUINS .
RR.MDMSP0000
DC902176 MORE DATA FOLLOWS
PF1 PF2 PF3 PF5 PF6 PF8 PF9
NEXT PAGE PREVIOUS PAGE RESTART RETURN MASTER MENU EXIT PRINT QUE

[redacted]



************************************************************************

THE FOLLOWING TRANSACTION IS BEING SENT TO JUSTICE:
JUINS PP NN JNCIC . 2L01JUINSVTML98743.QH.NYINSNYJ0.NAM/KAMBUROWSKI, MICHAEL.DOB/19600101.SEX/M.RAC/U.SOC/084929832.PUR/C
**CNTL # ******** RECEIVED FROM JUSTICE ON 01/22/2004 AT 08:10:21
JNCIC 08:40:40 01/22/04 xx xx JUINS .
2L01JUINSVTML98743
NYINSNYJ0
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX (III) FOR NAM/KAMBUROWSKI,MICHAEL.DOB/19600101.SEX/M.RAC/U. SOC/084929832.PUR/C.
END

************************************************************************

THE FOLLOWING TRANSACTION IS BEING SENT TO JUSTICE:
JUINS PP NN JNCIC . 2L01JUINSVTML98739.QH.NYINSNYJ0.NAM/KAMBUROWSKI, MICHAEL.DOB/19600101.SEX/M.RAC/U.PUR/C
**CNTL # ******** RECEIVED FROM JUSTICE ON 01/22/2004 AT 08:03:25
JNCIC 08:33:44 01/22/04 xx xx JUINS .
DC902176 MORE DATA FOLLOWS

| PF1 | PF2 | PF3 | PF5 | PF6 | PF8 | PF9 |
|---|---|---|---|---|---|---|
| NEXT PAGE | PREVIOUS PAGE | RESTART | RETURN | MASTER MENU | EXIT | PRINT QUE |

DAX2050 DACS CASE COMMENTS SCREEN DATE: 01/22/2004
TIME: 07:58:18

A-NUM: 076595582 LAST NAME: KAMBUROWSKI

DCO: WAS FIRST NAME: MICHAEL

COMMENT 1: 05/31/01: ORDERED REMOVED IN ABSENTIA

9/17/01: FTA FOR I-166, FUGITIVE

COMMENT 2:

PRESS PF7 FOR LAST COMMENT

COMMAND: CCOM A-NUM 076595582

UNAUTHORIZED DCO

DAX1010 DACS ALIEN BIOGRAPHIC SUMMARY (BIOS) DATE: 01/22/2004
TIME: 07:58:39

A-NUM : 076595582 BOP-NUMBER :
LAST-NAME : KAMBUROWSKI FIRST-NAME : MICHAEL
ALIAS-LAST : ALIAS-FIRST:

SEX: M DOB: 01/01/1960 POB: RALIA NATLTY: RALIA MARITAL-STAT: U
AG-FELON: NO MAND-DET: STATE-ID:
SSN: FBI: CHILD-STAT: PARENT-STAT:

U.S. ADDRESS-
CARE-OF/APT/SUITE/...:
STREET : 2001 N ADAMS ST #416
CITY : ARLINGTON STATE: VA ZIP: 22201

FOREIGN ADDRESS-
STREET :
CITY : STATE: COUNTRY:

DATE-ENTERED: 01/22/2001 DATE-LAST-UPD: 01/22/2001 LAST-UPDATER:

COMMAND: BIOS A-NUM: 076595582
UNAUTHORIZED DCO

DAXLO21 DACS-CASE CLOSURE LOOK SCREEN DATE: 01/22/2004
TIME: 07:58:51

A-NUM : 076595582 LAST-NAME : KAMBUROWSKI
NATLTY: RALIA FIRST-NAME: MICHAEL

DATE-DOCKET-CLEARED: DEPART-CLEARED-STAT:

TRANSFER-TO-DCO: DATE-DOCKET-TRANSFER:

DATE-DEPARTED: PORT-DEPARTED:

DEPART-COUNTRY: FINAL-CHARGE: EXPENSE-CODE:

HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

DAXLO22 DACS BOND LOOK SCREEN DATE: 01/22/2004
TIME: 07:59:01

A-NUM : 076595582 LAST-NAME : KAMBUROWSKI
NATLTY: RALIA FIRST-NAME: MICHAEL

DATE-BOND-POST: BOND-AMT-POSTED: BOND-NUM:
OBLIGOR: NAME:
STREET:
CITY: STATE:
COUNTRY: ZIP:

BOND-TERM-STAT: BOND-TERM-DATE:
BREACH-NUM: DATE-TO-ROFIN:

HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

NO BOND INFORMATION

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 11 15-0066

# BIOGRAPHIC INFORMATION

| (Family name) (First name) (Middle name) | ■ MALE ☐ FEMALE | BIRTHDATE(Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|
| KAMBUROWSKI, Michael Raphael | | 05-03-71 | Australian | A-None |

| ALL OTHER NAMES USED (including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (if any) |
|---|---|---|
| | Chelm, Poland | None |

| | FAMILY NAME, FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|
| FATHER | KAMBUROWSKI, Zbigniezj | 03-01-48 Poland | Geelong, Australia |
| MOTHER (Maiden name) | KALABUN, Urszula | 10-21-48 Poland | Geelong, Australia |

| HUSBAND (if none, so state) OR WIFE — FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| KAMBUROWSKI | Gina | 03-15-77 | Hartford, CT USA | 06-14-01 | Arlington, VA USA |

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| SWEAT | Terri Lynn | 05-23-72 | 02-08-97 Alexandra, VA | 04-09-98 Alexandria, VA |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 11-15 St. Nicholas Avenue, Apt # 5H | New York | NY | USA | 06 | 01 | PRESENT TIME | |
| 2070 Belmont Road, NN 608 | Washington | DC | USA | 12 | 99 | 06 | 01 |
| 1613 Harvard St. NN # 206 | Washington | DC | USA | 04 | 98 | 12 | 99 |
| 2001 N. Adams St. # 416 | Arlington | VA | USA | 02 | 97 | 04 | 98 |
| 1300 Rhode Island Ave, NN | Washington | DC | USA | 12 | 95 | 02 | 97 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 14 Grange Ct. | Geelong | Victoria | Australia | 12 | 85 | 01 | 95 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYER FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Unemployed | Lobbyist | | | PRESENT TIME | |
| Americans for Tax Reform, 1920 L Street, Washington DC 20036 USA | | 11 | 95 | 12 | 00 |
| Show below last occupation abroad if not shown above. (Include all information requested above.) | | | | | |
| Mahlab Group | Marketing | 1993 | | 1994 | |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION ■ STATUS AS PERMANENT RESIDENT
☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT [signature] DATE 5/23/02

Submit all four pages of this form.

If your native alphabet is in other than roman letters, write your name in your native alphabet in this space: N/A

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY THE HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given Name) | (Middle Name) | (Alien registration number) |
|---|---|---|---|
| KAMBUROWSKI | Michael | Raphael | None |

(1) Ident.

**US Department of Justice**
Immigration and Naturalization Service

**Warrant of Removal/Deportation**

File No:A76 595 582

Date: AUG -1 2001

WAS/DRO/MSM/VLG

**To any officer of the United States Immigration and Naturalization Service:**

KAMBUROWSKI, MICHAEL RAPHAEL
(Full name of alien)

who entered the United States at **LOS ANGELES,CA.** on
(Place of entry)

**JANUARY 23, 1995**
(Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- [x] an immigration judge in exclusion, deportation, or removal proceedings
- [ ] a district or a district director's designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Sections: 237 (a)(1) (C) (i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United Sates the above-named alien, pursuant to law, at the expense of: the appropriation "Salaries & Expenses, Immigration & Naturalization, 2001," including the expenses of an attendant, if necessary.

Warren A. Lewis
(Signature of INS official)

District Director
(Title of INS official)

AUG -1 2001 Arlington, VA
(Date and office location)

Form I-205 (Rev 4-1-97)

**U.S. Department of Justice**
Immigration and Naturalization Service

**Warning to Alien Removed or Deported**

File No: A76 595 582

Date:

WAS/DRO/MSM/VLG

Alien's full name: KAMBUROWSKI, MICHAEL RAPHAEL

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☒ For a period of 10 years from the date of your departure from the United States because you have been found:

- ☒ deportable under section 237 of the Act and ordered removed from the United States by immigration judge in proceedings under section 240 of the Act.
- inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
- ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997, under section 242 of the Act.
- ☐ deportable under 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of the United States district court, or a magistrate of the United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

- ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☐ deportable under 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
- ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997, under section 242 of the Act.
- ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

**Warning: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from doing so without Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/ or a fine of up to $250,000.**

______________________ **Deportation Officer** **Arlington, VA**

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION & NATURALIZATION SERVICE
4420 N. FAIRFAX DRIVE
ARLINGTON, VIRGINIA 22203

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
ARLINGTON VA AUG 24 '01
PB METER 7251188
0.00
U.S. POSTAGE

CERTIFIED MAIL
PB METER
U.S. POSTAGE

RECEIVED
US INS / [illegible]
SEP -6 PM 2:4[illegible]
ORDS MAILROOM

RETURNED TO SENDER
- [x] MOVED, LEFT NO ADDRESS
- [ ] FORWARDING ORDER EXPIRED
- [ ] ATTEMPTED - NOT KNOWN
- [ ] UNCLAIMED [ ] REFUSED
- [ ] NO SUCH STREET
- [ ] NO SUCH NUMBER
- [ ] INSUFFICIENT ADDRESS

RTS
No longer at this address

**U.S. Department of Justice**
Immigration and Naturalization Service

**Warning to Alien Removed or Deported**

File No: A76 595 582

Date: AUG -1 2001

WAS/DRO/MSM/VLG

Alien's full name: KAMBUROWSKI, MICHAEL RAPHAEL

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

- [ ] For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.
- [x] For a period of 10 years from the date of your departure from the United States because you have been found:
  - [x] deportable under section 237 of the Act and ordered removed from the United States by immigration judge in proceedings under section 240 of the Act.
  - [ ] inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
  - [ ] deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997, under section 242 of the Act.
  - [ ] deportable under 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of the United States district court, or a magistrate of the United States magistrate court.
- [ ] For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
  - [ ] inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  - [ ] deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  - [ ] deportable under 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
  - [ ] deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997, under section 242 of the Act.
  - [ ] to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.
- [ ] At any time because you have been found inadmissible or excludable under 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

**Warning: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from doing so without Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/ or a fine of up to $250,000.**

Deportation Officer

Arlington, VA

DDP

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration & Naturalization Service
4420 North Fairfax Drive
Arlington, VA 22203

**KAMBUROWSKI, MICHAEL RAPHAEL**
**3202 N. PERSHING DR.**
**ARLINGTON, VA. 22201**

**WAS/DRO/MSM/VLG**
**FILE#A76 595 582**
AUG -2 2001

AS you know, following a hearing in your case you were found deportable and the hearing officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this service to enforce your departure from the United States.

Arrangements have been made for your departure to **AUSTRALIA** on **to be set**

from **Washington, DC** on **TO BE DETERMINED**.

You should report to a United States Immigration Officer at **Room 426, 4420 N. Fairfax Drive, Arlington, VA 22203** at **9:30 A.M., SEP - 7 2001** completely ready for deportation. At the time of your departure from **Washington, DC** you will be limited to **44** pounds of baggage. Should you have personal effects in excess of this amount you must immediately contact **Officer MATTHEW MUNROE** at **(202) 307-1572**, or come in person at the address noted above, and appropriate disposition of your excess baggage will be discussed with you.

9/7/01 MSM/WAS

Very truly yours,

Warren A. Lewis

Warren A. Lewis
District Director

**Cc:**

Form I-166
(Rev. 4-1-69)

COMMAND: CENTRAL INDEX SYSTEM 08:38:28

EMPLOYMENT AUTHORIZATION DOCUMENT (EAD) DATA

A#: 076595582 NAME: KAMBUROWSKI ,MICHAEL DOB: 05031971

FARES #: MSC0380010347 SSN #: 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 COB: UNKNO COA: UN

WORK STATION ID: 0 OPERATOR ID: MSCEFL01 OFFICER ID: MSCPSE0

| SEQ# | TYPE | ACTION --DATE-- | DENY CODE | OFF | START --DATE-- | EXPIRATION ---DATE--- | PROVISION OF LAW --8CFR 274A.12-- |
|---|---|---|---|---|---|---|---|
| 01 | EXTENSION | 12242003 | | MSC | 12242003 | 12232004 | (C) (09) ( ) |
| 02 | INITIAL ISSUANCE | 10172002 | | NYC | 10212002 | 10202003 | (C) (09) ( ) |
| 03 | INITIAL ISSUANCE | 02251998 | | WAS | 02111998 | 02101999 | (C) (09) ( ) |

*** END OF EADS DISPLAY ***

CLEAR EXIT PF1 PAGE AHEAD PF2 PAGE BACK PF4 RETURN PF5 HELP PF6 MAIN MENU

**US Department of Justice**
Immigration and Naturalization Service

**Warrant of Removal/Deportation**

File No:A76 595 582

Date: AUG -1 2001

WAS/DRO/MSM/VLG

**To any officer of the United States Immigration and Naturalization Service:**

KAMBUROWSKI, MICHAEL RAPHAEL
(Full name of alien)

who entered the United States at **LOS ANGELES, CA.** on
(Place of entry)

**JANUARY 23, 1995**
(Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- [x] an immigration judge in exclusion, deportation, or removal proceedings
- [ ] a district or a district director's designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Sections: 237 (a)(1) (C) (i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United Sates the above-named alien, pursuant to law, at the expense of : the appropriation "Salaries & Expenses, Immigration & Naturalization, 2001," including the expenses of an attendant, if necessary.

(Signature of INS official)

District Director
(Title of INS official)

AUG -1 2001 Arlington, VA
(Date and office location)

Form I-205 (Rev 4-1-97)

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
ARLINGTON, VIRGINIA

KAMBUROWSKI, MICHAEL RAPHAEL
3202 NORTH PERSHING DRIVE
ARLINGTON VA 22201

IN THE MATTER OF KAMBUROWSKI, MICHAEL RAPHAEL

FILE A 76-593-582

DATE: Jun 5, 2001

__ UNABLE TO FORWARD - NO ADDRESS PROVIDED

__ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE. THIS DECISION IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION. SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL. YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST MUST BE MAILED TO:

BOARD OF IMMIGRATION APPEALS
OFFICE OF THE CLERK
P.O. BOX 8530
FALLS CHURCH, VA 22041

✓ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING. THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C. SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6), 8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS. IF YOU FILE A MOTION TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

IMMIGRATION COURT
901 NORTH STUART ST., STE.1300
ARLINGTON, VA 22203

__ OTHER: ____________________

COURT CLERK
IMMIGRATION COURT

FF

CC: ELOISE ROSAS, ESQ, DISTRICT COUNSEL
4420 N. FAIRFAX DRIVE, RM 500
ARLINGTON, VA. 22203

CH1

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
901 NORTH STUART [illegible] STE.1300
ARLINGTON, VA 22203

Case No.: A74 [illegible]

In the Matter of:
[illegible], MICHAEL RAPHAEL

Docket: ARLINGTON, VIRGINIA

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

On May 31, 2001, at 10:30 A.M., pursuant to proper notice, the above entitled matter was scheduled for a hearing before an Immigration Judge for the purpose of hearing the merits relative to the respondent's request for relief from removal. However,

( ✓ ) the respondent was not present.

( ) the respondent's representative was present; however, the respondent was not present.

( ) neither the respondent nor the respondent's representative was present

Therefore, in the absence of any showing of good cause for the respondent's failure to appear at the hearing concerning the request for relief, I find that the respondent has abandoned any and all claim(s) for relief from removal.

Wherefore, the issue of removability having been resolved, it is HEREBY ORDERED for the reasons set forth in the Immigration and Naturalization Service charging document that the respondent be removed from the United States to AUSTRALIA.

JOHN [illegible] BRYANT
Immigration Judge
Date: May 31, 2001

Appeal: waived/reserved (A/I/B)
Appeal Due By:

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [X] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN'S ATT/REP [X] INS
DATE: 6/6/01 BY: COURT STAFF
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

Form EOIR 36 - 77 (FTA)
GH

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
901 NORTH STUART ST., STE.1300
ARLINGTON, VA 22203

RE: KAMBUROWSKI, MICHAEL RAPHAEL
FILE: A76-595-582

DATE: Jan 8, 2001

TO: KAMBUROWSKI, MICHAEL RAPHAEL
2001 NORTH ADAMS STREET #416
ARLINGTON, VA 22201

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Feb 22, 2001 at 9:00 A.M. at:

901 NORTH STUART ST., STE.1300
ARLINGTON, VA 22203

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to [illegible] in order to permit you the opportunity to obtain an attorney or [illegible]sentative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT ARLINGTON, VA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ✓] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [ ✓] INS
DATE: 1/8/01 BY: COURT STAFF KMC VJ
Attachments: [✓] EOIR-33 [ ] EOIR-28 [ ✓] Legal Services List [ ] Other