SLR:VN:SK(6445)
2005v00371

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

MICHAEL KAMBUROWSKI and
GINA KAMBUROWSKI,

         Plaintiffs,

  — against —

MICHAEL KIDD, Deportation Officer,
U.S. Immigration & Customs
Enforcement; JOHN DOE I, Unknown
Deportation Officer, U.S.
Immigration & Customs Enforcement;
JOHN DOE II, Unknown Supervisory
Deportation Officer, U.S.
Immigration & Customs Enforcement,
and JOHN CARBONE, Acting Field
Director, U.S. Immigration &
Customs Enforcement,

        Defendants.

- - - - - - - - - - - - - - - - - x

**FILE COPY**

CERTIFICATION

Civil Action
No. 05-0953

(Amon, J.)
(Mann, M.J.)

    I, Steven Kim, Assistant United States Attorney for the

Eastern District of New York, hereby certify, pursuant to the

provisions of 28 U.S.C. § 2679(d), and by virtue of the authority

delegated to me by the Attorney General under 28 C.F.R. § 15.3,

that I have read the Complaint in this matter, as well as relevant

documents maintained by the Department of Homeland Security. Based

on this information, MICHAEL KIDD and JOHN CARBONE were acting

within the scope of their employment as employees of the United

States at the time of the alleged conduct in the Complaint.

Dated:     Brooklyn, New York
           June 20, 2005

                         ROSLYNN R. MAUSKOPF
                         United States Attorney
                         Eastern District of New York
                         1 Pierrepont Plaza, 16th Floor
                         Brooklyn, New York   11201

               By:    \s\ _Steven Kim_
                      STEVEN KIM (SK6445)
                      Assistant U.S. Attorney
                      (718) 254-7036

### U.S. District Court

### Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Kim, Steven J. entered on 6/20/2005 at 3:34 PM EDT and filed on 6/20/2005

| | |
|---|---|
| **Case Name:** | Kamburowski et al v. Kidd et al |
| **Case Number:** | 1:05-cv-953 |
| **Filer:** | John Carbone |
| | Michael Kidd |

**Document Number:** 4

**Docket Text:**
CERTIFICATE of Counsel *Regarding Defendants Acting Within the Scope of Their Employment* by Steven J. Kim on behalf of Michael Kidd, John Carbone. (Kim, Steven)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/20/2005] [FileNumber=1609310-0]

[4f455ec6c6ad3f09f5c824474f2db0beecf8ed7a327be43b8402fb41279a42a7e28ac
1a359192959a5e3e1412937c96d4d1902df582339e1bf9fd35062e620dd]]

**1:05-cv-953 Notice will be electronically mailed to:**

Michael P. DiRaimondo    mpdesq@aol.com,

Steven J. Kim    Steven.Kim@usdoj.gov

**1:05-cv-953 Notice will not be electronically mailed to:**