```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------x
     Michael Kamburowski and Gina
 3   Kamburowski,
                         Plaintiffs,
 4                                              Civil Action
                 -against -                     No. 05-0953
 5
     Michael Kidd, Deportation Officer,
 6   U.S. Immigration & Customs
     Enforcement; JOHN DOE I, Unknown
 7   Deportation Officer, U.S. Immigration
     & Customs Enforcement; JOHN DOE II,
 8   Uknown Supervisory Deportation
     Officer, U.S. Immigration & Customs
 9   Enforcement, and JOHN CARBONE, Acting
     Field Director, U.S. Immigration &
10   Customs Enforcement,

11                       Defendants.
     ------------------------------------x
12
                                 120 Broadway
13                               New York, New York

14                               October 4, 2006
                                 10:32 a.m.
15

16

17        EXAMINATION BEFORE TRIAL of the

18   Defendant, VALERIE AULETTA.

19

20

21

22

23           DL REPORTING SERVICES, INC.
                192 Lexington Avenue
24                   Suite 802
              New York, New York 10016
25                (212) 684-7437
```

1  V. Auletta

2  Q. What did you review, anything in
3  particular you were looking for when you
4  reviewed the file?

5  A. I usually check their security
6  checks first.

7  Q. What did the security check in
8  this case show?

9  A. That he was an absconder.

10 Q. When you say, "Do a security
11 check," what exactly did you check?

12 A. There are papers on the
13 right-hand side that are all our security
14 checks, security clearances; there's many
15 different ones from different agencies, and
16 that's what I checked.

17 Q. Did you check to see if there was
18 an IBIS check?

19 A. Yes, that's one of the security
20 checks.

21 Q. What did the IBIS check show?

22 A. That he was an absconder.

23 Q. Did the IBIS check show any
24 arrests?

25 A. I don't remember.