**BY ELECTRONIC FILING**

December 4, 2007

Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Kamburowski v. Kidd, No. 05-CV-0953 (CBA/RLM)

Dear Judge Amon:

    This letter is written to respectfully request an extension of time in which to submit responsive papers to the Motion for Summary Judgment which was recently filed in this matter. The parties propose the following revised schedule:

    Plaintiffs' Opposition Papers:    January 25, 2008
    Defendants' Reply Papers:    February 8, 2008
    Oral Argument: To a time convenient for the Court after February 8, 2008.

    This is the Plaintiffs' first request for an extension of time to submit responsive papers. Assistant United States Attorney F. Franklin Amanat has agreed to this proposed schedule. Thank you for your time and consideration of this request.

                                                  Respectfully submitted,

                                                /s/
                                                Michael P. DiRaimondo

cc: F. Franklin Amanat
    Assistant U.S. Attorney