**BY ELECTRONIC FILING**

January 22, 2008

Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kamburowski v. Kidd, No. 05-CV-0953 (CBA/RLM)

Dear Judge Amon:

       This letter is written to respectfully request an extension of time in which to submit responsive papers to the Government's Motion for Summary Judgment which was filed in this matter on or about November 2, 2007.  The parties propose the following revised schedule:

Plaintiffs' Opposition Papers:       February 19, 2008
Defendants' Reply Papers:         March 4, 2008

       In addition, I ask that the oral argument currently scheduled for February 21, 2008, be adjourned to a date after March 4, 2008.  I have discussed this request with Assistant United States Attorney F. Franklin Amanat, and he has agreed to this proposed schedule.

Thank you for your time and consideration of this request.

                                    Respectfully submitted,

                                    /s/
                                    Michael P. DiRaimondo

cc: F. Franklin Amanat
    Assistant U.S. Attorney