IMMIGRATION COURT

In the Matter of

KAMBUROWSKI, MICHAEL RAPHAEL
    Respondent

Case No.: A76-593-582

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jul 16, 2004.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ] The respondent was ordered removed from the United States to
                                       or in the alterna:

[ ] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to
    alternative to

[ ] Respondent's application for voluntary departure was granted until
      upon posting a bond in the amount of $ _____
    with an alternate order of removal to

[ ] Respondent's application for asylum was ( )granted ( )denied
    ( )withdrawn.

[ ] Respondent's application for withholding of removal was ( )granted
    ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal under section
    240A(a) was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted
    under section 240A(b)(1) ( ) granted under section 240A(b)(2)
    ( ) denied ( ) withdrawn. If granted, it was ordered that the
    respondent be issued all appropriate documents necessary to give
    effect to this order.

[ ] Respondent's application for a waiver under section _____ of the INA
    ( )granted ( )denied ( )withdrawn or ( )other.

[ ] Respondent's application for adjustment of status under section _____
    of the INA was ( )granted ( )denied ( )withdrawn. If granted, :
    was ordered that respondent be issued all appropriate documents neces
    to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a _____ until _____

[ ] As a condition of admission, respondent is to post a $ _____ bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.

[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.

[X] Proceedings were terminated. ~~~~~ ~ ~~~~~~

[X] Other: _____ Applicant of the _____ ____ ____ _____ _____
    Date: Jul 16, 2004
    Appeal: Waived/Reserved    Appeal Due By: _____

                                                   STEVEN R. ABRAMS
                                                 Immigration Judge

DCR

**U.S. Department of Justice**
Immigration and Naturalization Service

Date: 2/20/04          File No: 76 595 582

To:   Office of the Immigration Judge
      Executive Office for Immigration Review
      182-22 150th Avenue
      Jamaica, NY 11413

From: Office of the District Director
      Immigration and Naturalization Service
      26 Federal Plaza 14th Floor
      New York, NY 10278

Respondent: Kamburowski, Michael

This is to notify you that this respondent is:

☐ Currently incarcerated by other than INS. A charging document has been served on the respondent and an Immigration Detainer- Notice of Action by the INS (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

_____

_____

His/her anticipated release date is: _____

☐ Currently detained by INS at: _____

☐ Currently detained by INS and transferred this date to a new location: _____

☐ INS motion for change of venue attached. ☐ Yes   ☐ No
☑ Released from INS custody on the following condition(s):
    ☐ Personal recognizance
    ☐ Order of recognizance (Form I-220A)
    ☑ Bond in the amount of $ 7,500   ☐ Surety bond   ☑ Cash bond
    ☐ Other _____
☑ Upon release from INS custody, the respondent reported his/her address and telephone number will be:

15 St Nicholas Ave, apt 5H
New York, NY 10026

☑ Upon release from INS custody, the respondent was reminded of the requirements contained in section 239(a)(1)(F)(ii) of the Immigration and Nationality Act and was provided with an EOIR change of address form (EOIR-33).

_Martha Torres_
(Signature of INS official)

MARTHA Torres
(Printed name of INS official)

Deportation Officer
(Title of INS official)

NYC/WOC
(Location)

Form I-830 (Rev. 4/1/91)N

000000002

**U. S. DEPARTMENT OF JUSTICE**
Executive Office for Immigration Review
Immigration Court
182-22 150th Avenue 2nd Fl.
Jamaica, New York

In the Matter of:                                    )          Case No.:A 76-595-582
Kamburowski, Michael Raphael )
                                                     )          REMOVAL PROCEEDINGS
        Respondent                                   )
                                                     )          In Bond Proceedings

### ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. §236.1(d), and having considered the representations of the Immigration and Naturalization Service and the respondent, it is **HEREBY ORDERED** that:

[  ]    The request for a change in the custody status of the respondent be denied.

[✓]    The request for a change in the custody status of the respondent be granted and that the respondent be:

        (1)    [  ] released from custody on respondent's own recognizance; or,

               [✓] released from custody upon posting a bond of $ 7,500.00 and
               (Seven Thousand Five hundred)

        (2) the conditions of the bond:

               [  ] remain unchanged; or,

               [  ] are changed as follows: _____

               _____

[  ]    No jurisdiction pursuant to 236 of the Act _____

        _____

[  ]    Other _____

        _____

                                            _____ legal assistant,
                                            _____ for
                                            STEVEN R. ABRAMS
Date: 2|17|04                               Immigration Judge

000000003

Kamburoski, Michael

File No: 76 595 582
Date: 2/13/04

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☐ detained in the custody of this Service.
☑ released under bond in the amount of $ 20,000 .
☐ released on your own recognizance.

☑ You may request a review of this determination by an immigration judge.
☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_Clera Keas_
(Signature of authorized officer)

_Officer In Charge_
(Title of authorized officer)

_OPCF / NYC_
(INS office location)

☑ I do ☐ do not request a redetermination of this custody decision by an immigration judge.
☐ I acknowledge receipt of this notification.

(Signature of respondent)

2/17/04
(Date)

---

### RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge      ☐ District Director      ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.          ☐ Release - Order of Recognizance
☐ Detain in custody of this Service.                        ☐ Release - Personal Recognizance
☐ Bond amount reset to _____              ☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
————————————————————— X

In the Matter of

   Michael KAMBUROWSKI,                <u>ORDER</u>

       A76 595 582,

         Respondent,

In Removal Proceedings.
————————————————————— X

     Upon motion of the Respondent, it is hereby ordered that the Respondent's Motion to Reopen

*In Absentia* Order be granted and that venue is changed to the Office of the Immigration Judge at

the Queens Wackenhut Detention Facility in Jamaica, New York. where the Respondent is currently

detained.

     **WHEREFORE,** the Motion to Reopen is granted and venue is changed to Jamaica, New

York.

**SO ORDERED**

Immigration Judge

2/6/04

000000005

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
901 NORTH STUART ST., STE.1300
ARLINGTON, VA  22203

In the Matter of:                           Case No.: A76-595-582
KAMBUROWSKI, MICHAEL RAPHAEL

RESPONDENT                                  Docket: ARLINGTON, VIRGINIA

                                            IN REMOVAL PROCEEDINGS

                    ORDER OF THE IMMIGRATION JUDGE

Upon due consideration of the Motion for Change of Venue filed in the above
entitled matter, and having been satisfied that the non-moving party was
accorded notice and an opportunity to respond, it is HEREBY ORDERED:

that venue is changed to ___New York___.

The Immigration Court having administrative control over this hearing location
is

Alien's new address is IN DHS CUSTODY
                       NEW YORK          NY 10014

Alien's new attorney/representative (if any) is

                                    JOHN MILO BRYANT
                                    Immigration Judge
                                    Date: Feb 6, 2004

Appeal: WAIVED (A/I/B)
Appeal Due By:

─────────────────────────────────────────────────────────
                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)  PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [ ] INS
DATE: __2/6/04__  BY: COURT STAFF ____KCM____
      Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
─────────────────────────────────────────────────────────

Form EOIR 34 - 5T (COV)
KMO

                                                        000000006

Final decree for divorce
VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA

Terri Lynn Sweat
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

v.          In Chancery No. 980-189

Micheal R. Kamburowski
non-citizen (does not have a social security no.)

### FINAL DECREE

This case came to be heard upon plaintiff's Bill of Complaint filed herein; upon acceptance by defendant in Virginia. Defendant signed a Waiver of Notice, voluntarily waiving any and all rights to notification of trial proceedings. The Final Decree entered herein on April 9, 1998.

The court makes findings from the evidence independent of the admissions of the parties in the pleadings or otherwise. The court finds that the plaintiff has been a bona fide resident of the actually domiciled in the Commonwealth of Virginia for more than six months next preceding the filing of this suit; that the defendant was a resident of Woodbridge, when this suit was filed and that the parties last cohabited as man and wife in Arlington, Virginia, and that this Court has jurisdiction to hear and determine this cause. Further, the court finds that plaintiff and defendant were lawfully married to each other on February 7, 1997 in Alexandria, Virginia, and are both over the age of eighteen years. Neither party is a member of the Armed Services. On April 1, 1997, the parties separated, and since then, and for a period in excess of six months, they have lived separate and apart, without any cohabitation and without interruption. No children were born of this marriage. On November 12, 1997, the plaintiff and defendant entered into a separation agreement.

Accordingly, it is adjudged, ordered and decreed that plaintiff Terri Lynn Sweat be, and she hereby is, granted a divorce from the bond of matrimony from the defendant Michael R. Kamburowski on the ground of living separated and apart for a period in excess of six months; and that the Separation Agreement dated November 12, 1997 between the parties, and introduced into evidence as Plaintiff's Exhibit A, be, and hereby is, affirmed, ratified and incorporated by reference in this decree, pursuant to § 20-109.1, Code of Virginia (1950) as amended.

Since nothing further remains to be done in this case, it is ordered stricken from the docket and filed among the ended causes.

THIS DECREE IS FINAL.
ENTERED this _____ 9TH _____ day of _April_ , 1998.

s/ _____
[Circuit Judge]

I ASK FOR THIS:

_Terri J. Sweat_
[Name of plaintiff]
1612 Ashford Place
Wood

A COPY TESTE:
Edward Semonian, Clerk

By _____ Deputy Clerk

000000007

**U.S. Department of Justice**
Immigration and Naturalization Service

4420 N. Fairfax Drive
Arlington, Virginia 22203

## DECISION ON APPLICATION FOR
## STATUS AS PERMANENT RESIDENT

Refer To This File No.
A76 595 582
Date: DEC 1 7 1999

Michael Kamburowski
2001 North Adams Street, #416
Arlington, Va. 22201

Upon consideration, it is ordered that your application for status as a permanent resident be denied for the following reasons:

On two occasions you have failed to appear for scheduled interviews (January 4, 1999 and May 25, 1999) regarding your application for status as a lawful permanent resident. Because you have failed to appear for an interview and have not provided valid explanations for your absences, your application mut be denied for lack of prosecution. {Operations Istructions 245.2 (b)}.

Pursuant to Title 8 Code of Federal Regulations 274.14 (a)(I)(iii) any authorization to accept employment granted to you on the basis of this application is automatically revoked as of the date of this denial.

                              ⋅⋅⋅  ⋅  ⊤ 2000

You are granted to                                                    to effect your departure from the United States voluntarily, without the institution of proceedings to enforce your departure. You must notify this office before that date on the enclosed card (Form 1-438) of the arrangements you have made to depart from the United States. *At the time of your departure from the United States, do not fail to surrenderForm 1-94, Arrival-Departure Record, in accordance with the instructions on that form.*

If you fail to depart from the United States by the date specified, proceedings will be instituted to enforce your departure. You may renew your application for status as a permanent resident during such proceedings.

ENIAL
RECOMMENDED BY: _/ r S_
REVIEWED BY: _ᗷᗷ ASBAO_
APPROVED BY: _____

Sincerely yours,

*[signature]*

Warren A. Lewis
District Director

[ ] I-438
[ ] I-94
Enclosure(s)  [ ] Passport
              [ ]

Form I-291
(Rev. 11-1-83)Y

# ORDER TO DETAIN OR RELEASE ALIEN

**TO: (NAME and TITLE of Person in Charge of Facility)**

OIC Warden

**(Name of Facility)**

OPCF

**Please** ☐ Detain ☑ Release

**Name of Alien**

Kamburabki, Michael

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address | Date | Time |
|-----|------|-----|-----|-----|-----|-----|
| 33 | 5/3/71 | M | Australia | | 2/20/04 | |

**Nature of Proceedings**

Removal

**File Number**

A-16 595 589

**Signature of Officer Receiving Alien**

**REMARKS:**

Please release w/ all belongings; money

Bond Posted

| Signature of Officer Authorizing Action | Title | Office |
|-----|-----|-----|
| Edward E. Herns | SDO | NYC |

Form I-203 (Rev. 7-15-78) Y

**UNITED STATES DEPARTMENT OF JUSTICE—Immigration and Naturalization Service**



### Australian Government
#### Department of Foreign Affairs and Trade

# Facsimile Message

**To:**
Theresa Regis
**From:**
René Reinhard

**Telephone Number:**

**Telephone Number:**
212-351-6530

**Facsimile Number:**
718-244-7965

**Facsimile Number:**
212-351-6501 .

**Date:** 5 February 2004

**No. of Pages (including this page):**

---

**Subject:**    Consular visit to detainee - Michael KAMBUROWSKI

---

Dear Ms Regis

Our Australian citizen, Mr Kamburowski, is currently in detention and we would like to make a consular visit to him on Friday 6 February 2004.

If possible, we would like to visit him in the morning hours.

Could you please, or a member of your staff, contact me on 212-351-6530 to confirm arrangements and provide the address for the detention centre.  We would also like to bring Australian newspapers to Mr Kamburowski.  We would be grateful for advice as to whether this will be permitted.

Attached is a copy of Consulate ID for myself and consular officer, Ms Rebecca Smith, who will accompany me on the visit (the original ID will be presented on arrival at the facility).

Thanking you in advice for your assistance with this visit.

René Reinhard
Director, Consular Officer



Canberra ACT 0221    www.dfat.gov.au

---

**IMPORTANT - WARNING**
If you are not the intended recipient of this facsimile message, any use of the information contained in it is prohibited. Use includes copying, disclosure or distribution. If you have received this document in

| FILE #: A76 595 582 | NAME: KAMBUROWSKI, Michael | LOCATION: NYC/DRO District Office |
|---|---|---|

Subject was encountered at 711 Stewart Ave., Garden City, NY after arriving for an interview for his I-485 application. The subject was identified in the IBIS system as an alien absconder and officers at the Garden City office alerted the Fugitive Operation team of his presence.

After reviewing the subject's file it was determined that he had been previously married to a The subject and his attorney denied knowledge that he had been ordered deported in Arlington, Virginia. After learning that the subject was going to be arrested, the attorney grabbed the subject's passport from the table and refused to surrender it. The subject was arrested without incident and transported to 26 Federal Plaza for processing.

*I 485 Denied 1/22/03*

| Deportation Officer: Michael S. Kidd | | Date: 01/22/2004 |
|---|---|---|

[G-166c]

# RECORD OF DEPORTABLE ALIEN

(See A.M. - 2790.31 -34 for instructions)

| Family Name (Capital Letters) KAMBUROWSKI | Given Name Michael | Middle Name Raphael | Sex Male | Hair Brn | Eyes Hazel | Complexion Light |
|---|---|---|---|---|---|---|

| Country of citizenship Australia | Passport Number and Country | | File Number A76 595 582 | Height 6'2" | Weight 195 | Occupation Administrator |
|---|---|---|---|---|---|---|

| U.S. Address (Residence) (Number) (Street) (City) (State) (Zip Code) 11-15 St. Nicholas St. Apt. 5H, New York, NY 10026 | Scars or Marks None visible |
|---|---|

| Date, Place, Time, Manner of Entry 01/23/1995, LOS, B2 | Passenger Boarded at Melbourne | F.B.I No. | Marital Status ☐WIDOW(ER) ☐SINGLE ☐SEPARATED ☒MARRIED ☐DIVORCED |
|---|---|---|---|

| Number, Street, City, Province (State), and Country of Permanent Residence | Method of Location/Apprehension B&B |
|---|---|

| Birthdate 05/03/1971 AGE: 32 | Date of Action 01/22/2004 | Location New York | (At/Near) GC sec 245 | Date & Hour 01/22/04 0900 AM |
|---|---|---|---|---|

| City, Province (State) and Country of Birth Chelm, Poland | AR ☐ | Form: (Type & No.) | ☐ Lifted ☒ Not lifted | By Michael Kidd |
|---|---|---|---|---|

| Visa Issued At - NIV No. Melbourne | Social Security Account Name Michael Raphael Kamburowski | Status at Entry B2 | Status When Found absconder |
|---|---|---|---|

| Date Visa Issued 11/28/1994 | Social Security No. 084929834 | Send C.O.Rec Check | Length of time in US Over 1 year |
|---|---|---|---|

| Immigration Record DETAINER: ☐YES/☒NO   PRIOR DEPORT: ☐YES/☒NO | Criminal Record CONVICTED ☐   INVD☐   CLMD☐ |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if appropriate) Gina Kamburowski- USC- 11-15 St. Nicholas St. Apt. 5H, New York, NY | Number & Nationality of Minor Children |
|---|---|

| Father's Name, and Nationality and Address, if Known Zbigniew Kamburowski, Australia- Australia | Mother's Present and Maiden Names, Nationality & Address Urszula Kambrowski, Australia- Australia |
|---|---|

| Monies Due/Property in U.S. not immediate possession[ ]None [X] See I-43 | Fingerprinted [ ]Yes [ ]No | Lookout Book Checked [ ]Not Listed [ ]Listed,code____ | Deportation Charge(s) 237(a)(1)(C)(i) |
|---|---|---|---|

| Name and Address of (Current/Last) Employer Prometric- 1 Penn Plaza W 34th St. | Type of Employment Administrator | Salary 15, 000 | From: 07/03 | To: present |
|---|---|---|---|---|

Narrative (Outline particulars under which alien located/apprehended). Include details not shown above, re, time, place and manner of last entry and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior) Alien has been advised of communication privileges pursuant to 8 CFR 242.2 (e).

Initial MSK    Date 01/22/04

INSTITUTION:                          INMATE#:

AGGRAVATED FELON:  Y / N

EPR DATE:

Subject was encountered at the Garden City Sec. 245 office after he arrived for his I-485 interview. The subject was ordered deported To Australia on 05/31/2001 in Arlington VA. The subject was arrested without incident and transported to 26 Federal Plaza for processing.

Parent Info:  Father    CUSC / LPR / Not LPR    AGE:

Mother    CUSC / LPR / Not LPR    AGE:

Parents Married at Birth    Y / N

Parents Still Married    Y / N

DERIVATIVE US CITIZENSHIP; ☐Y/☒N

Telephone  number to verify status: _____

Military Service:  Y / N  Branch _____

Language: English / Spanish / Other _____

Petitions Filed/Pending: Y / N  I485 Dervd

Claims USC:  Y / N

Health:  Good

CRIMINAL HISTORY - TOTAL ARREST:

# FEL  CONVICTIONS: 0    SPECIFY: 0

# MDM  CONVICTIONS: 0    SPECIFY:

TOTAL CONVICTIONS: 0

Michael Kidd, DO
( SIGNATURE & TITLE )

| DISTRIBUTION 1-FILE 1- STATS | Received (subject and documents)(report of interview) from |
|---|---|
| | Officer |
| | Date |
| | Disposition. |
| | (Receiving Officer) |

FINS: 14637560
EID: 26196548
XID: EINYC00030122004105319
Type: BP
Enctr Date: 01/22/2004 10:53:42

Left index

Right index

| Family Name (CAPS) | First | | Middle | | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|---|---|
| KAMBUROWSKI, MICHAEL | | | | | | Male | | | |

| Country of Citizenship | Passport Number and Country of Issue | | File Number | | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|---|---|
| AUSTRALIA | | | 076595582 | | | | | |

| U.S. Address | Scars and Marks |
|---|---|
| | |

| Date, Place, Time, and Manner of Last Entry | | Passenger Boarded at | F.B.I Number | |
|---|---|---|---|---|
| | | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| 11-15 ST. NICHOLAS ST APT. 5H, NY, US | Other Task Force |

| Date of Birth | Date of Action | | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 01/01/1960 | | | | GARDEN CITY,NY | 01/22/2004 10:47 |

| City, Province (State) and Country of Birth | AR | Form (Type and No.) | Lifted | Not Lifted | By |
|---|---|---|---|---|---|
| POLAND | ☐ | | ☐ | ☐ | KIDD |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | Non-Immigrant | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | Over 1 year |

| Immigration Record | Criminal Record | |
|---|---|---|
| | | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted ? | Yes | No | INS Systems Checks | Charge Code Word(s) |
|---|---|---|---|---|---|
| | | ☒ | ☐ | | |

| Name and Address of (Last)/(Current ) U.S. Employer | Type of Employment | | Salary | Employed from/to |
|---|---|---|---|---|
| | | | | Hr. |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.

FINS #
14637560



Left Index          Right Index

Subject was encountered at the Garden City Sec. 245 office after he arrived for his Sec 245 interview. The subject was ordered deported on May 31, 2001 in Virginia. Subject was arrested without incident and transported to 26 Fed Plaza for processing.

| Alien has been advised of communication privileges. | (Date/Initials) | |
|---|---|---|
| | | (Signature and Title of INS Officer) |

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: |
| | on: _____ 20 ___ at ___ (time) |
| | Disposition: |
| | Examining Officer: |

Version 1.1

Form I-213 (Rev. 4/1/97) T

000000014



| Field | Value |
|---|---|
| Last Name | TAMBUROWSKI |
| First Name | MICHAEL |
| Sex | Male |
| DOB (MM/DD/YYYY) | 01/01/1960 |
| Country of Birth | POLAND |
| Country of Citizenship | AUSTRALIA |
| A # | 076595582 |
| Location | NYC |
| Address - City/Residence | 11-15 ST. NICHOLAS ST. APT. |
| Address - State/Residence | NY |
| Address - Country/Residence | US |

Subject was encountered at the Garden City Sec. 245 office after he arrived for his Sec 245 interview. The subject was ordered deported on May 31, 2001 in Virginia. Subject was arrested without incident and transported to 26 Fed Plaza for processing.

| Field | Value |
|---|---|
| Method of Location/Apprehension | |
| Location of Apprehension | GARDEN CITY NY |
| Date and Time of Apprehension (MM/DD/YYYY HH:MM) | 01/22/2004 10:47 |
| Other Task Force | |
| Status of Entry | NonImmigrant |
| Length of Time Illegally in U.S. | Over 1 year |
| Apprehended By: | |
| KIDD | |
| Misc2 | |
| Misc3 | |
| Miss11 | |

Print2/3/Alerts    View Prints    View/add Alert    PrintScreen    OK



Encounter ID | External System ID | Type | Encounter Date
--- | --- | --- | ---
 |  | BP | 01/22/2004 10:53:42

26196548

View/Add Alert
Show Bio
Cancel
Print

000000016

A NUMBER: 076595582
                         BASE CITY: WAS  HEARING LOC: WAS    A-NUMBER: 76595582
    CIS NAME: KAMBUROWSKI, MICHAEL, RAPHAEL              PRIN A-NUMBER: 76595582
   EOIR NAME: KAMBUROWSKI, MICHAEL RAPHAEL           EOIR NATIONALITY: AS ...
       DOB:               CASE TYPE: RMV                     RELATION:
CHARGE DOC: 12/05/2000 ASYLUM TYPE:        CUSTODY:        CLK ELAPSE:     0
PROCEED REC: 01/04/2001 INIT HEARING: 02/22/2001          CLK UPDTD:
              LAST HEARING: 05/31/2001 TYPE: MSTR           CLK ST:

INIT RECD:
ASYL RECD:              IJ DECISN:     IJ COMPLETE: 05/31/2001    APPLICATIONS
                       W/H DECISN:     EOIR DECISN: REMOVE          FILED DEC
                                       OTHER COMPL:         212C:
MTR RECD:             DECISN:          DATE:               245ADJ:
APPEAL:               DECISN:          DATE:               VOL DEP:
            FINAL DISP: ADM FRO  DATE: 05/31/2001          WTHDRWL:
                                                           SUSPENS:

CHARGES:  (1) 237a01B      (2) 237a01Ci      (3)
          (4)              (5)               (6)


 PF1 PAGE FWD  PF5 HELP  PF11 RETURN TO CIS  CLEAR EXIT  ENTER PROCESS A NUMBER
EOIR DATA DISPLAYED. MORE TO SEE - PRESS PF1.


```
******************************************************************
THE FOLLOWING TRANSACTION IS BEING SENT TO JUSTICE:
JUINS PP NN JNCIC . 2L01JUINSVTML98739.QH.NYINSNYJ0.NAM/KAMBUROWSKI,
MICHAEL.DOB/19600101.SEX/M.RAC/U.PUR/C
**CNTL #          ******** RECEIVED FROM JUSTICE ON 01/22/2004 AT 08:03:25
JNCIC             08:33:44 01/22/04 xx xx JUINS .
2L01JUINSVTML98739
NYINSNYJ0
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/KAMBUROWSKI,MICHAEL.DOB/19600101.SEX/M.RAC/U.PUR/C.
END
******************************************************************
THE FOLLOWING TRANSACTION IS BEING SENT TO JUSTICE:
JUINS PP LL NLETS . RQ.NYINSNYJ0.MD.*VTML 98734.TXT  LIC/MEB759.LIY/2
004.LIT/PC
**CNTL #          ******** RECEIVED FROM JUSTICE ON 01/22/2004 AT 08:00:53
JNLET             08:31:11 01/22/04 xx xx JUINS .
RR.MDMSP0000
DC902176 MORE DATA FOLLOWS
PF1         PF2             PF3       PF5      PF6          PF8    PF9
NEXT PAGE   PREVIOUS PAGE   RESTART   RETURN   MASTER MENU  EXIT   PRINT QUE
```



```
*****************************************************************
THE FOLLOWING TRANSACTION IS BEING SENT TO JUSTICE:
JUINS PP NN JNCIC . 2L01JUINSVTML98743.QH.NYINSNYJ0.NAM/KAMBUROWSKI,
MICHAEL.DOB/19600101.SEX/M.RAC/U.SOC/084929832.PUR/C
**CNTL #          ******** RECEIVED FROM JUSTICE ON 01/22/2004 AT 08:10:21
JNCIC             08:40:40 01/22/04 xx xx JUINS .
2L01JUINSVTML98743
NYINSNYJ0
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/KAMBUROWSKI,MICHAEL.DOB/19600101.SEX/M.RAC/U.
SOC/084929832.PUR/C.
END
*****************************************************************
THE FOLLOWING TRANSACTION IS BEING SENT TO JUSTICE:
JUINS PP NN JNCIC . 2L01JUINSVTML98739.QH.NYINSNYJ0.NAM/KAMBUROWSKI,
MICHAEL.DOB/19600101.SEX/M.RAC/U.PUR/C
**CNTL #          ******** RECEIVED FROM JUSTICE ON 01/22/2004 AT 08:03:25
JNCIC             08:33:44 01/22/04 xx xx JUINS .
DC902176 MORE DATA FOLLOWS
PF1          PF2              PF3        PF5      PF6           PF8    PF9
NEXT PAGE    PREVIOUS PAGE    RESTART    RETURN   MASTER MENU   EXIT   PRINT QUE
```

000000019

A-NUM: 076595582     LAST NAME: KAMBUROWSKI

DCO: WAS             FIRST NAME: MICHAEL

COMMENT 1: 05/31/01: ORDERED REMOVED IN ABSENTIA

          9/17/01: FTA FOR I-166, FUGITIVE

COMMENT 2:

PRESS PF7 FOR LAST COMMENT

          COMMAND: CCOM    A-NUM 076595582

UNAUTHORIZED DCO

000000020

A-NUM      : 076595582                   BOP-NUMBER :
LAST-NAME  : KAMBUROWSKI                 FIRST-NAME : MICHAEL
ALIAS-LAST :                             ALIAS-FIRST:

SEX: M   DOB: 01/01/1960   POB: RALIA   NATLTY: RALIA    MARITAL-STAT: U
AG-FELON: NO          MAND-DET:               STATE-ID:
SSN:             FBI:            CHILD-STAT:          PARENT-STAT:

U.S. ADDRESS-
CARE-OF/APT/SUITE/...:
STREET            : 2001 N ADAMS ST #416
CITY              : ARLINGTON          STATE: VA      ZIP: 22201

FOREIGN ADDRESS-
STREET     :
CITY       :                     STATE:                COUNTRY:

DATE-ENTERED: 01/22/2001  DATE-LAST-UPD: 01/22/2001   LAST-UPDATER:


                 COMMAND: BIOS    A-NUM: 076595582

UNAUTHORIZED DCO

          A-NUM : 076595582          LAST-NAME : KAMBUROWSKI
          NATLTY: RALIA             FIRST-NAME: MICHAEL

   DATE-DOCKET-CLEARED:                 DEPART-CLEARED-STAT:

      TRANSFER-TO-DCO:                DATE-DOCKET-TRANSFER:

       DATE-DEPARTED:                    PORT-DEPARTED:

       DEPART-COUNTRY:          FINAL-CHARGE:          EXPENSE-CODE:

       HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

              A-NUM : 076595582        LAST-NAME : KAMBUROWSKI
              NATLTY: RALIA            FIRST-NAME: MICHAEL

DATE-BOND-POST:           BOND-AMT-POSTED:              BOND-NUM:
  OBLIGOR: NAME:
        STREET:
          CITY:                                         STATE:
       COUNTRY:                                           ZIP:

       BOND-TERM-STAT:              BOND-TERM-DATE:
         BREACH-NUM:                DATE-TO-ROFIN:




   HIT PF1 OR PF2 TO SEE MORE INFORMATION
   HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN


NO BOND INFORMATION

| (Family name) (First name) (Middle name) | ☑ MALE ☐ FEMALE | BIRTHDATE(Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|
| KAMBUROWSKI, Michael Raphael | | 05-03-71 | Australian | A-None |

| ALL OTHER NAMES USED (including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (if any) |
|---|---|---|
| | Chelm, Poland | None |

| FAMILY NAME, FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH(if known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|
| FATHER KAMBUROWSKI, Zbigniezj | 03-01-48 Poland | Geelong, Australia |
| MOTHER (Maiden name) KALABUN, Urszula | 10-21-48 Poland | Geelong, Australia |

| HUSBAND (if none, so state) FAMILY NAME OR (For wife, give maiden name) WIFE | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| KAMBUROWSKI | Gina | 03-15-77 | Hartford, CT USA | 06-14-01 | Arlington, VA USA |

| FORMER HUSBANDS OR WIVES(if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| SWEAT | Terri Lynn | 05-23-72 | 02-08-97 Alexandra, VA | 04-09-98 Alexandria, VA |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 11-15 St. Nicholas Avenue, Apt # 5H | New York | NY | USA | 06 | 01 | PRESENT TIME | |
| 2070 Belmont Road, NN 608 | Washington | DC | USA | 12 | 99 | 06 | 01 |
| 1613 Harvard St. NN # 206 | Washington | DC | USA | 04 | 98 | 12 | 99 |
| 2001 N. Adams St. # 416 | Arlington | VA | USA | 02 | 97 | 04 | 98 |
| 1300 Rhode Island Ave, NN | Washington | DC | USA | 12 | 95 | 02 | 97 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 14 Grange Ct. | Geelong | Victoria | Australia | 12 | 85 | 01 | 95 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYER FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION(SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Unemployed | Lobbyist | | | PRESENT TIME | |
| Americans for Tax Reform, 1920 L Street, Washington DC 20036 USA | | 11 | 95 | 12 | 00 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| Mahlab Group | Marketing | 1993 | 1994 | | |
|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☑ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): | SIGNATURE OF APPLICANT | DATE 5/23/02 |
|---|---|---|
| Submit all four pages of this form. | If your native alphabet is in other than roman letters, write your name in your native alphabet in this space: N/A | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY THE HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given Name) | (Middle Name) | (Alien registration number) |
|---|---|---|---|
| KAMBUROWSKI | Michael | Raphael | None |

(1) Ident.

**US Department of Justice**
Immigration and Naturalization Service

**Warrant of Removal/Deportation**

File No:A76 595 582

Date:     AUG - 1 2001

WAS/DRO/MSM/VLG

**To any officer of the United States Immigration and Naturalization Service:**

KAMBUROWSKI, MICHAEL RAPHAEL
_____
(Full name of alien)

who entered the United States at  **LOS ANGELES,CA.**          on
                                        (Place of entry)

**JANUARY 23, 1995**
_____
(Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒   an immigration judge in exclusion, deportation, or removal proceedings

☐   a district or a district director's designated official

☐   the Board of Immigration Appeals

☐   a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Sections:  237 (a)(1) (C) (i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United Sates the above-named  alien, pursuant to law, at the expense of :  the appropriation "Salaries & Expenses, Immigration & Naturalization, 2001,"  including the expenses of an attendant, if necessary.

_____
(Signature of INS official)

_____
District Director
(Title of INS official)
AUG - 1 2001   Arlington, VA
(Date and office location)

Form I-205 (Rev 4-1-97)

000000025

**U.S. Department of Justice**
Immigration and Naturalization Service

**Warning to Alien Removed or Deported**

File No: **A76 595 582**

Date:

WAS/DRO/MSM/VLG

Alien's full name:     KAMBUROWSKI, MICHAEL RAPHAEL

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐   For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☒   For a period of 10 years from the date of your departure from the United States because you have been found:

　　☒   deportable under section 237 of the Act and ordered removed from the United States by immigration judge in proceedings under section 240 of the Act.

　　　　inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

　　☐   deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997, under section 242 of the Act.

　　☐   deportable under 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of the United States district court, or a magistrate of the United States magistrate court.

☐   For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

　　☐   inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

　　☐   deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

　　☐   deportable under 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

　　☐   deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997, under section 242 of the Act.

　　☒   to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐   At any time because you have been found inadmissible or excludable under 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

> **Warning:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from doing so without Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/ or a fine of up to $250,000.

_____        **Deportation Officer** _____        **Arlington, VA**

**UNITED STATES DEPARTMENT OF JUSTICE**
IMMIGRATION & NATURALIZATION SERVICE
4420 N. FAIRFAX DRIVE
ARLINGTON, VIRGINIA, 22203

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RECEIVED
US INS / ORB SHRO

SEP -6 PM 2: 40

ORDS MAILROOM



U.S. OFFICIAL MAIL
PENALTY
FOR
PRIVATE
USE $300

ARLINGTON
AUG 24 '01
VA.

PB METER
7151188

**\$00.00**

U.S. POSTAGE

MOVED, LEFT NO ADDRESS
FORWARDING ORDER EXPIRED
ATTEMPTED NOT KNOWN
UNCLAIMED NOT KNOWN
NO SUCH NUMBER
NO SUCH STREET
REFUSED
INSUFFICIENT ADDRESS

RETURN TO SENDER

RTS
No longer at this
address



CERTIFIED MAIL

U.S. POSTAGE

**U.S. Department of Justice**
Immigration and Naturalization Service

**Warning to Alien Removed or Deported**

File No: A76 595 582

Date: AUG −1 2001

WAS/DRO/MSM/VLG

Alien's full name:     KAMBUROWSKI, MICHAEL RAPHAEL

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☒  For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☒  For a period of 10 years from the date of your departure from the United States because you have been found:

  ☒  deportable under section 237 of the Act and ordered removed from the United States by immigration judge in proceedings under section 240 of the Act.

  ☐  inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

  ☐  deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997, under section 242 of the Act.

  ☐  deportable under 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of the United States district court, or a magistrate of the United States magistrate court.

☐  For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

  ☐  inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐  deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐  deportable under 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

  ☐  deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997, under section 242 of the Act.

  ☒  to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐  At any time because you have been found inadmissible or excludable under 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

> **Warning: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from doing so without Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/ or a fine of up to $250,000.**

_____  Deportation Officer  _____  Arlington, VA

DD9

# UNITED STATES DEPARTMENT OF JUSTICE
Immigration & Naturalization Service
4420 North Fairfax Drive
Arlington, VA 22203

KAMBUROWSKI, MICHAEL RAPHAEL
3202 N. PERSHING DR.
ARLINGTON, VA. 22201

WAS/DRO/MSM/VLG
FILE#A76 595 582

AUG -2 2001

AS you know, following a hearing in your case you were found deportable and the hearing officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this service to enforce your departure from the United States.

Arrangements have been made for your departure to **AUSTRALIA** on **to be set**

from **Washington, DC** on **TO BE DETERMINED**.

You should report to a United States Immigration Officer at **Room 426, 4420 N. Fairfax Drive, Arlington, VA 22203** at **9:30 A.M. SEP - 7 2001** completely ready for deportation. At the time of your departure from **Washington, DC** you will be limited to **44** pounds of baggage. Should you have personal effects in excess of this amount you must immediately contact **Officer MATTHEW MUNROE** at **(202) 307-1572**, or come in person at the address noted above, and appropriate disposition of your excess baggage will be discussed with you.

Very truly yours,

*Warren A. Lewis*

Warren A. Lewis
District Director

Cc:

Form I-166
(Rev. 4-1-69)

000000030

A#: 076595582  NAME: KAMBUROWSKI          ,MICHAEL          DOB: 05031971

FARES #: MSC0380010347      SSN #: 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      COB: UNKNO   COA: UN
WORK STATION ID: 0    OPERATOR ID: MSCEFL01    OFFICER ID: MSCPSE0

| SEQ#-------TYPE------- | ACTION --DATE-- | DENY CODE | OFF | START --DATE-- | EXPIRATION ---DATE--- | PROVISION OF LAW --8CFR 274A.12-- |
|---|---|---|---|---|---|---|
| 01 EXTENSION | 12242003 | | MSC | 12242003 | 12232004 | (C) (09) ( ) |
| 02 INITIAL ISSUANCE | 10172002 | | NYC | 10212002 | 10202003 | (C) (09) ( ) |
| 03 INITIAL ISSUANCE | 02251998 | | WAS | 02111998 | 02101999 | (C) (09) ( ) |

     ***   END OF EADS DISPLAY  ***
CLEAR EXIT   PF1 PAGE AHEAD   PF2 PAGE BACK   PF4 RETURN   PF5 HELP   PF6 MAIN MENU

## US Department of Justice
Immigration and Naturalization Service

**Warrant of Removal/Deportation**

File No: A76 595 582

Date:   AUG - 1 2001

WAS/DRO/MSM/VLG

### To any officer of the United States Immigration and Naturalization Service:

KAMBUROWSKI, MICHAEL RAPHAEL
(Full name of alien)

who entered the United States at **LOS ANGELES, CA.**     on
(Place of entry)

**JANUARY 23, 1995**
(Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒   an immigration judge in exclusion, deportation, or removal proceedings

☐   a district or a district director's designated official

☐   the Board of Immigration Appeals

☐   a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Sections: 237 (a)(1) (C) (i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United Sates the above-named alien, pursuant to law, at the expense of : the appropriation "Salaries & Expenses, Immigration & Naturalization, 2001," including the expenses of an attendant, if necessary.

(Signature of INS official)

District Director
(Title of INS official)

AUG - 1 2001   Arlington, VA
(Date and office location)

Form I-205 (Rev 4-1-97)

000000032

KAMBUROWSKI, MICHAEL RAPHAEL
3202 NORTH PERSHING DRIVE
ARLINGTON      VA 22201

IN THE MATTER OF           FILE A 76-595-582      DATE: Jun 5, 2001
KAMBUROWSKI, MICHAEL RAPHAEL

___ UNABLE TO FORWARD -- NO ADDRESS PROVIDED

... ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
MUST BE MAILED TO:      BOARD OF IMMIGRATION APPEALS
                        OFFICE OF THE CLERK
                        P.O. BOX 8530
                        FALLS CHURCH, VA  22041

ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                        IMMIGRATION COURT
                        901 NORTH STUART ST., STE.1300
                        ARLINGTON, VA  22203

___ OTHER: _____


                              _____
                              COURT CLERK
                              IMMIGRATION COURT                    FF

       CC: ELOISE ROSAS, ESQ, DISTRICT COUNSEL
           4420 N. FAIRFAX DRIVE, RM 500
           ARLINGTON, VA, 22203
CH1

Case No.: A74 325 503

In the Matter of:
VANDERWENT, MICHAEL RAPHAEL

Docket: ARLINGTON, VIRGINIA

IN REMOVAL PROCEEDINGS

Respondent

ORDER OF THE IMMIGRATION JUDGE

On May 31, 2001, at 10:30 A.M., pursuant to proper notice, the above
entitled matter was conducted for a hearing before an Immigration Judge for the
purpose of hearing the merits relative to the respondent's request
for relief from removal. However,

( ✓ )  the respondent was not present, however, the

(  )  the respondent's representative was present; however, the
respondent was not present.

(  )  neither the respondent nor the respondent's representative was
present

Therefore, in the absence of any showing of good cause for the respondent's
failure to appear at the hearing concerning the request for relief, I find that
the respondent had abandoned any and all claims for relief from removal

Wherefore, the order of removability having been resolved, it is HEREBY ORDERED
for the reasons set forth in the Immigration and Naturalization Service
removal document that the respondent be removed from the United States to
AUSTRALIA.

JOHN MILO BRYANT
Immigration Judge
Date:  May 31, 200?

Appeal: waived/reserved  (A/I/B)
Appeal Due By:

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M)  PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's Atty/Rep  [X] INS
DATE:  6/4/01    BY: COURT STAFF
Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Form EOIR 26 - ?? (FIG)
[illegible]

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
901 NORTH STUART ST., STE.1300
ARLINGTON, VA 22203

RE: KAMBUROWSKI, MICHAEL RAPHAEL
FILE: A76-595-582

DATE: Jan 8, 2001

TO: KAMBUROWSKI, MICHAEL RAPHAEL
2001 NORTH ADAMS STREET #416
ARLINGTON, VA 22201

Please take notice that the above captioned case has been scheduled for a
MASTER hearing before the Immigration Court on Feb 22, 2001 at 9:00 A.M. at:

901 NORTH STUART ST., STE.1300
ARLINGTON, VA 22203

You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court. Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
. . . in order to permit you the opportunity to obtain an attorney or
. . . sentative. If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed. You can request an
earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions: (1) You may be taken into
custody by the Immigration and Naturalization Service and held for further
action, OR (2) Your hearing may be held in your absence under section 240(b)(5)
of the Immigration and Nationality Act. An order of removal will be entered
against you if the Immigration and Naturalization Service established by
clear, unequivocal and convincing evidence that a) you or your attorney has
been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT
CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION
COURT ARLINGTON, VA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For
information regarding the status of your case, call toll free 1-800-898-7180
or 703-305-1662.

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [X] INS
DATE: _____ BY: COURT STAFF _E.L.C_____ VG
Attachments: [X] EOIR-33 [ ] EOIR-28 [X] Legal Services List [ ] Other

000000035