```
SLR:VN:SK(6445)
2005v00371
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

MICHAEL KAMBUROWSKI and
GINA KAMBUROWSKI,

            Plaintiffs,

  — against —

MICHAEL KIDD, Deportation Officer,
U.S. Immigration & Customs
Enforcement; JOHN DOE I, Unknown
Deportation Officer, U.S.
Immigration & Customs Enforcement;
JOHN DOE II, Unknown Supervisory
Deportation Officer, U.S.
Immigration & Customs Enforcement,
and JOHN CARBONE, Acting Field
Director, U.S. Immigration &
Customs Enforcement,

           Defendants.

- - - - - - - - - - - - - - - - x

FILE COPY

CERTIFICATION

Civil Action
No. 05-0953

(Amon, J.)
(Mann, M.J.)

    I, Steven Kim, Assistant United States Attorney for the Eastern District of New York, hereby certify, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.3, that I have read the Complaint in this matter, as well as relevant documents maintained by the Department of Homeland Security. Based on this information, MICHAEL KIDD and JOHN CARBONE were acting

within the scope of their employment as employees of the United States at the time of the alleged conduct in the Complaint.

Dated:     Brooklyn, New York
             June 20, 2005

                        ROSLYNN R. MAUSKOPF
                        United States Attorney
                        Eastern District of New York
                        1 Pierrepont Plaza, 16th Floor
                        Brooklyn, New York  11201

By:    \s\ *Steven Kim*
        STEVEN KIM (SK6445)
        Assistant U.S. Attorney
        (718) 254-7036

# Other Documents

1:05-cv-00953-CBA-RLM Kamburowski et al v. Kidd et al

## U.S. District Court

## Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Kim, Steven J. entered on 6/20/2005 at 3:34 PM EDT and filed on 6/20/2005

**Case Name:** Kamburowski et al v. Kidd et al
**Case Number:** 1:05-cv-953
**Filer:** John Carbone
Michael Kidd

**Document Number:** 4

**Docket Text:**
CERTIFICATE of Counsel *Regarding Defendants Acting Within the Scope of Their Employment* by Steven J. Kim on behalf of Michael Kidd, John Carbone. (Kim, Steven)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/20/2005] [FileNumber=1609310-0]

[4f455ec6c6ad3f09f5c824474f2db0beecf8ed7a327be43b8402fb41279a42a7e28ac
1a359192959a5e3e1412937c96d4d1902df582339e1bf9fd35062e620dd]]

**1:05-cv-953 Notice will be electronically mailed to:**

Michael P. DiRaimondo    mpdesq@aol.com,

Steven J. Kim    Steven.Kim@usdoj.gov

**1:05-cv-953 Notice will not be electronically mailed to:**