# DiRaimondo & Masi, LLP

**Attorneys at Law**
401 Broadhollow Road
Melville, New York 11747
(631) 777-5557
fax (631) 777-5114

**VIA ECF and**
**FIRST CLASS MAIL**

April 7, 2008

Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    **KAMBUROWSKI** v. Kidd, No. 05-CV-0953 (CBA/RLM)

Dear Judge Amon:

     I respectfully request that oral argument be adjourned to either 4 or 4:30 p.m. on April 9th, because my co-counsel, Thomas E. Moseley, Esq., is unavailable in the early afternoon of April 9th, due to the fact that he has a detained case on the court calendar at 1 p.m. that day In the Matter of Sasonov. Mr. Moseley is actually the attorney who will be arguing this motion before Your Honor in this matter. I have spoken to AUSA F. Franklin Amanat, and he is not opposed to this request. We are all available at either 4 or 4:30 p.m.

     Thank you for your time and consideration of this request.

                              Respectfully submitted,

                              /s/
                              Michael P. DiRaimondo

cc: F. Franklin Amanat
    Assistant U.S. Attorney