UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MICHAEL KAMBUROWSKI and GINA KAMBURAWSKI,

              PlaintiffS,

  -against-

MICHAEL KIDD, Deportation Officer, U.S. Immigration and Customs Enforcement, and JOHN CARBONE, former Acting Field Director, U.S. Immigration and Customs Enforcement,

            Defendants.

-------------------------------------------------------x

**NOT FOR PUBLICATION ORDER**

05-CV-0953 (CBA)(RM)

AMON, United States District Judge:

      Upon due Consideration, it is hereby ordered, adjudged, and decreed that, for the reasons stated on the record at the hearing held on April 9, 2008, the defendants' motion for summary judgment is granted in its entirety. The plaintiffs' claims are dismissed. The Clerk of the Court is directed to enter judgment and to close this case.

     SO ORDERED
Dated: Brooklyn, New York
       April 24, 2008

                                                           Carol Bagley Amon
                                                           United States District Judge