UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL KAMBUROWSKI and GINA
KAMBURAWSKI,

                Plaintiffs,

  -against-

MICHAEL KIDD, Deportation Officer, U.S.
Immigration and Customs Enforcement, and
JOHN CARBONE, former Acting Field
Director, U.S. Immigration and Customs
Enforcement,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0953 (CBA)

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on April 24, 2008, granting the defendants' motion for summary judgment in its entirety; and dismissing plaintiffs' claims; it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the defendants' motion for summary judgment is granted in its entirety; and that plaintiffs' claims are dismissed.

Dated: Brooklyn, New York
       April 28, 2008

                                          s/RCH
                                        ROBERT C. HEINEMANN
                                        Clerk of Court